UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
CHRISTINE C. ANDERSON,

                    Plaintiff,

DOCKET NO.:07 CV 9599
Judge Scheindlin (SAS)

-against-

THE STATE OF NEW YORK, THE OFFICE OF COURT
ADMINISTRATION OF THE UNIFIED COURT SYSTEM,
HON. JOHN BUCKLEY, in his official and individual
capacity, THOMAS J. CAHILL, in his official and
individual capacity, SHERRY K. COHEN, in her official
and individual capacity, CATHERINE O'HAGEN WOLFE,
in her official and individual capacity, and DAVID SPOKONY,
in his official and individual capacity

**AFFIDAVIT OF SERVICE**

                    Defendants.
-------------------------------------------------------------------x
STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

    I, LOUGLISTE JOSEPH, being duly sworn deposes and says:

    I am not a party herein; I am over 18 years of age; and I reside in New York State, County of Queens.

    On November 8, 2007, at or about 1:54 p.m., at The State of New York General Attorneys Office, located at 120 Broadway, New York, New York, 24th Floor, I served the within **SUMMONS & AMENDED COMPLAINT** on The State of New York, Defendant therein named. The Docket Number and the filing date of the action were endorsed upon the face of the papers so served herein.

    By delivering thereat a true copy of each to Ms. L. Stone personally, I knew said business /facility/corporation described in same as said defendant and knew said individual to be the Clerk of New York State Attorney General, Regional Office, in Manhattan. She is an authorized agent to accept service on behalf of the above stated defendant. She acknowledged the service of process and stated that she will forward the document to the defendant.

    A description of Ms. Stone is as follows:

| | | |
|---|---|---|
| Sex: **Female** | Color of skin: **Black** | Color of hair: **Shoulder Length Brown** |
| Age: **35-45 years of age** | Weight: **180-200 lbs** | Height: **5'05"-5'06"** |

Dated: Hempstead, New York
        November 12, 2007

                                      LOUGLISTE JOSEPH

Sworn to before me on
\_\_ day of November, 2007

NOTARY-PUBLIC, STATE OF NEW YORK

Gregory Calliste, Jr
Notary Public State of New York
No. 02CA6113601
Qualified in Nassau County
Commission Expires Aug 2, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
CHRISTINE C. ANDERSON,

                          Plaintiff,

DOCKET NO.:07 CV 9599
Judge Scheindlin (SAS)

        -against-

THE STATE OF NEW YORK, THE OFFICE OF COURT
ADMINISTRATION OF THE UNIFIED COURT SYSTEM,
HON. JOHN BUCKLEY, in his official and individual
capacity, THOMAS J. CAHILL, in his official and
individual capacity, SHERRY K. COHEN, in her official
and individual capacity, CATHERINE O'HAGEN WOLFE,
in her official and individual capacity, and DAVID SPOKONY,
in his official and individual capacity

**AFFIDAVIT OF
SERVICE**

                          Defendants.
------------------------------------------------------------------------x
STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

    I, LOUGLISTE JOSEPH, being duly sworn deposes and says:

    I am not a party herein; I am over 18 years of age; and I reside in New York State, County of Queens.

    On November 8, 2007, at or about 2:06 p.m., at The State of New York Office of Court Administration of the Unified Court System (OCA), located at 25 Beaver Street, New York, New York, 11th Floor, I served the within **SUMMONS & AMENDED COMPLAINT** on The Office of Court Administration of the Court System, Defendant therein named. The Docket Number and the filing date of the action were endorsed upon the face of the papers so served herein.

    By delivering thereat a true copy of each to Mr. John Eiseman personally, I knew said business /facility/corporation described in same as said defendant and knew said individual to be the Deputy Counsel to the above stated defendant. He stated to me that he is an authorized agent to accept service on behalf of the above stated defendant.

    A description of Mr. Eiseman is as follows:

Sex: **Male**      Color of skin: **White**      Color of hair: **Short Salt & Pepper**
Age: **55-65 years of age**      Weight: **200-220 lbs**      Height: **5'10"-6'00"**

Dated:  Hempstead, New York
         November 12, 2007

                                          LOUGLISTE JOSEPH

Sworn to before me on
12 day of November, 2007

_____
NOTARY PUBLIC, STATE OF NEW YORK

Gregory Calliste, Jr
Notary Public State of New York
No. 02CA6113601
Qualified in Nassau County
Commission Expires Aug 2, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
CHRISTINE C. ANDERSON,

                Plaintiff,

DOCKET NO.:07 CV 9599
Judge Scheindlin (SAS)

-against-

THE STATE OF NEW YORK, THE OFFICE OF COURT
ADMINISTRATION OF THE UNIFIED COURT SYSTEM,
HON. JOHN BUCKLEY, in his official and individual
capacity, THOMAS J. CAHILL, in his official and
individual capacity, SHERRY K. COHEN, in her official
and individual capacity, CATHERINE O'HAGEN WOLFE,
in her official and individual capacity, and DAVID SPOKONY,
in his official and individual capacity

**AFFIDAVIT OF MAIL SERVICE**

                Defendants.
----------------------------------------------------------------x
STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

    I, LOUGLISTE JOSEPH, being duly sworn deposes and says:

    I am not a party herein; I am over 18 years of age; and I reside in New York State, County of Queens.

    On November 9, 2007, I mailed a true copy of the SUMMONS and AMENDED COMPLAINT on the Defendants in the above named action to:

> The State of New York
> The Offices of New York State Attorney General
> 120 Broadway, 24th Floor
> New York, NY 10271
>
> The Office of Court Administration of the Unified Court System of the State of New York
> 25 Beaver Street, 11th Floor
> New York, NY 10004

by depositing a copy of same, enclosed in postpaid, properly addressed wrappers, marked "PERSONAL & CONFIDENTIAL" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated: Hempstead, New York
       November 12, 2007

                                              LOUGLISTE JOSEPH

Sworn to before me this
___ day of November, 2007

_____
NOTARY PUBLIC, STATE OF NEW YORK

Gregory Calliste, Jr
Notary Public State of New York
No. 02CA6113601
Qualified in Nassau County
Commission Expires Aug 2, 2008