UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINE C. ANDERSON,

           Plaintiff,

vs.

THE STATE OF NEW YORK, THE OFFICE OF
COURT ADMINISTRATION OF THE UNIFIED
COURT SYSTEM, HON. JOHN BUCKLEY, in his
official and individual capacity, THOMAS J.
CAHILL, in his official capacity and individual
capacity, SHERRY K. COHEN, in her official and
individual capacity, CATHERINE O'HAGEN
WOLFE, in her official and individual capacity, and
DAVID SPOKONY, in his official and individual
capacity,

           Defendants.

07-CV-9599 (SAS)

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that the undersigned appears in this action on behalf of the State of New York and the New York Office of Court Administration of the United Court System.

Dated: New York, New York
        November 29, 2007

                              ANDREW M. CUOMO
                              Attorney General for the State of New York
                              <u>Attorney for Defendants as denominated above</u>
                              By:

                              LEE ALAN ADLERSTEIN
                              Assistant Attorney General
                              120 Broadway - 24th Floor
                              New York, New York 10271
                              Tel. (212) 416-6035
                              Fac. (212) 416-6075

TO:    FREDERICK K. BREWINGTON, ESQ.
          50 Clinton Street, Suite 501
          Hempstead, New York 11550

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINE C. ANDERSON,

                Plaintiff,

vs.

THE STATE OF NEW YORK, THE OFFICE OF COURT ADMINISTRATION OF THE UNIFIED COURT SYSTEM, HON. JOHN BUCKLEY, in his official and individual capacity, THOMAS J. CAHILL, in his official capacity and individual capacity, SHERRY K. COHEN, in her official and individual capacity, CATHERINE O'HAGEN WOLFE, in her official and individual capacity, and DAVID SPOKONY, in his official and individual capacity,

                Defendants.

07-CV-9599 (SAS)

**AFFIRMATION OF SERVICE**

    LEE ALAN ADLERSTEIN, an attorney duly admitted to practice law before the courts of the State of New York, affirms and states:

    That on November 29, 2007, I caused to be served the Notice of Appearance upon the following named person:

                FREDERICK K. BREWINGTON, ESQ.
                50 Clinton Street, Suite 501
                Hempstead, New York 11550

attorney for plaintiff, by first class mail, by depositing a true and correct copy thereof, properly enclosed in a pre-paid wrapper, in a post-office box regularly maintained at 120 Broadway, New York, New York 10271 directed to said individual at the address within the State designated by him for that purpose.

                                                        _____
                                                         LEE ALAN ADLERSTEIN

Executed on November 29, 2007