UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINE C. ANDERSON,

                Plaintiff,

vs.

THE STATE OF NEW YORK, THE OFFICE OF COURT ADMINISTRATION OF THE UNIFIED COURT SYSTEM, HON. JOHN BUCKLEY, in his official and individual capacity, THOMAS J. CAHILL, in his official capacity and individual capacity, SHERRY K. COHEN, in her official and individual capacity, CATHERINE O'HAGEN WOLFE, in her official and individual capacity, and DAVID SPOKONY, in his official and individual capacity,

                Defendants.

07-CV-9599 (SAS)

**AMENDED NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby amends the previously filed Notice of Appearance in this action filed on behalf of the State of New York and the New York Office of Court Administration of the United Court System. This amended notice of appearance is submitted to clarify that the appearance of the undersigned is for the State of New York and Office of Court Administration of the United Court System only, and not for other defendants.

Dated: New York, New York
       December 3, 2007

ANDREW M. CUOMO
Attorney General for the State of New York
Attorney for The State of New York and
 The New York Office of Court Administration
By:

_____
LEE ALAN ADLERSTEIN
Assistant Attorney General
120 Broadway - 24th Floor
New York, New York 10271
Tel. (212) 416-6035
Fac. (212) 416-6075

TO:   FREDERICK K. BREWINGTON, ESQ.
       50 Clinton Street, Suite 501
       Hempstead, New York 11550

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTINE C. ANDERSON,<br><br>      Plaintiff,<br><br>vs.<br><br>THE STATE OF NEW YORK, THE OFFICE OF COURT ADMINISTRATION OF THE UNIFIED COURT SYSTEM, HON. JOHN BUCKLEY, in his official and individual capacity, THOMAS J. CAHILL, in his official capacity and individual capacity, SHERRY K. COHEN, in her official and individual capacity, CATHERINE O'HAGEN WOLFE, in her official and individual capacity, and DAVID SPOKONY, in his official and individual capacity,<br><br>      Defendants. | 07-CV-9599 (SAS)<br><br>**AFFIRMATION OF SERVICE** |

  LEE ALAN ADLERSTEIN, an attorney duly admitted to practice law before the courts of the State of New York, affirms and states:

  That on December 3, 2007, I caused to be served the Amended Notice of Appearance upon the following named person:

      FREDERICK K. BREWINGTON, ESQ.
      50 Clinton Street, Suite 501
      Hempstead, New York 11550

attorney for plaintiff, by first class mail, by depositing a true and correct copy thereof, properly enclosed in a pre-paid wrapper, in a post-office box regularly maintained at 120 Broadway, New York, New York 10271 directed to said individual at the address within the State designated by him for that purpose.

                  _/s/ Lee Adlerstein_
                  LEE ALAN ADLERSTEIN

Executed on December 3, 2007