**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x

CHRISTINE C. ANDERSON,

                    Plaintiff,                              07 CIVIL 9599 ( SAS )

          -against-

THE STATE OF NEW YORK, et al.,
                    Defendants.
---------------------------------------------------------------x

# NOTICE  OF  CHANGE  OF  ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information
change(s) for:   Tembani  S.  Xaba

☐   *Attorney*

    ☑   I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
        TX - 9242

    ☐   I am a Pro Hac Vice attorney

    ☐   I am a Government Agency attorney

☐   *Law Firm/Government Agency Association*

    From:  Sullivan & Worcester LLP

    To:    Tembani  S.  Xaba, Esq.

    ☑   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐   I am no longer counsel of record on the above-entitled case. An order withdrawing my
        appearance was entered on _____ by Judge _____
        _____.

☐   *Address:*      227  Riverside Drive, #2W, New York, NY 10025

☐   *Telephone Number:*    (917) 432-9226

☐   *Fax Number:*    _____

☐   *E-Mail Address:*    tembani @ earthlink. net

Dated: 12/3/07    _____  Xaba