AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__Southern__                           DISTRICT OF        __New York__

**APPEARANCE**

Case Number: __07 CV 9599__

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

__Plaintiff Christine C. Anderson__

I certify that I am admitted to practice in this court.

__November 26, 2007__
Date

__Xaba__
Signature

__Tembani S. Xaba___    __(TX-9242)__
Print Name                    Bar Number

__227 Riverside Drive__
Address

__New York,__   __N.Y.__   __10025__
City            State       Zip Code

__(917) 432-9226__
Phone Number                Fax Number

Email: Tembani@Earthlink.Net