%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ Southern _____ District of _____ New York _____

CHRISTINE C. ANDERSON,

Plaintiff,

v.

THE STATE OF NEW YORK, THE OFFICE OF COURT ADMINISTRATION OF THE UNIFIED COURT SYSTEM, HON. JOHN BUCKLEY, in his official and individual capacity, THOMAS J. CAHILL, in his official and individual capacity, SHERRY K. COHEN, in her official and individual capacity, CATHERINE O'HAGEN WOLFE, in her official and individual capacity, and DAVID SPOKONY, in his official and individual capacity

Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07CV9599
Judge Scheindlin (SAS)

TO: (Name and address of Defendant)

Thomas J. Cahill
420 Davis Avenue
Greenwich, CT 06830

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Law Offices of
Frederick K. Brewington
Attorneys for Plaintiff
50 Clinton Street, Suite 501
Hempstead, New York 11550
(516) 489-6959

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    NOV 0 7 2007

CLERK _____       DATE
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

07cv9599

## RETURN OF SERVICE

*Amended*

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | December 8, 2007 @ 10:20AM |
| NAME OF SERVER (PRINT) Kevin McKeoun | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 420 Davis Avenue, Greenwich, CT 06830
  Thomas S. Cahill

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/10/2007
         Date

Signature of Server: Kevin McKeoun

Address of Server: P.O. Box 616, New York, NY 10156

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.