AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern _____   District of _____   New York

CHRISTINE C. ANDERSON,

Plaintiff.

v.

THE STATE OF NEW YORK, THE OFFICE OF COURT
ADMINISTRATION OF THE UNIFIED COURT SYSTEM,
HON. JOHN BUCKLEY, in his official and individual
capacity, THOMAS J CAHILL, in his official and
individual capacity, SHERRY K. COHEN, in her official
and individual capacity, CATHERINE O'HAGEN WOLFE,
in her official and individual capacity, and DAVID SPOKONY,
in his official and individual capacity

Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 9599
Judge Scheindlin (SAS)

TO: (Name and address of Defendant)

Sherry K. Cohen
155 West 15th St. Apt 5D
New York, N.Y. 10011

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Law Offices of
Frederick K. Brewington
Attorneys for Plaintiff
50 Clinton Street, Suite 501
Hempstead, New York 11550
(516) 489-6959

an answer to the complaint which is served on you with this summons, within ___20___ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    NOV 07 2007

CLERK _____        DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

07cv9599

## RETURN OF SERVICE

Amended

Service of the Summons and complaint was made by me[1]

DATE: December 6, 2007 @ 12:15pm.

NAME OF SERVER (PRINT): Kevin McKeown   TITLE: Process Server

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 61 Broadway - 2nd floor, Reception New York, N.Y.

Sherry A. Cohen

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/10/2007   Kevin McKeown
_____   _____
Date   Signature of Server

P.O. Box 616, New York, NY. 10156
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.