USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/07

**LAW OFFICES OF**
**FREDERICK K. BREWINGTON**
ATTORNEYS AND COUNSELORS AT LAW
50 CLINTON STREET, SUITE 501
HEMPSTEAD, N.Y. 11550-4282

TELEPHONE: (516) 489-6959
FACSIMILE: (516) 489-6958

FREDERICK K. BREWINGTON
IRA FOGELGAREN
GREGORY CALLISTE, JR.
VALERIE M. CARTRIGHT

Counsel's request to withdraw is hereby granted.

SO ORDERED:
New York, New York
Date: December 12, 2007
Shira A. Scheindlin
U.S.D.J.

November 11, 2007

<u>**VIA FACSIMILE WITH PERMISSION**</u>
Honorable Shira A. Scheindlin
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007


RECEIVED
CHAMBERS OF
DEC 12 2007
JUDGE SCHEINDLIN

Re:   Anderson v. State of New York, et.al.
      <u>Docket No.: CV-07-9599 (SAS)</u>

Dear Judge Scheindlin:

As the Court's records will reflect, we are the attorneys representing the Plaintiff, Christine C. Anderson, in the above referenced matter.

We respectfully wish to inform the Court that this office has been relieved as counsel for Ms. Anderson in this matter. There are irreconcilable differences between the client and this office; differences which the parties are unable to resolve. Today, in a telephone conversation with Precilla Lockett of this office, Ms. Anderson informed us that our services are no longer needed. Accordingly, we respectfully ask to be relieved as counsel of record for the Plaintiff. Ms. Anderson's daughter, Tembani Selepi Xaba, Esq., has filed a *Notice of Appearance* as counsel in this matter. Thus, Ms. Anderson is currently with counsel.

Based on the foregoing, we respectfully request that this office be relieved as counsel of record for Ms. Anderson, and that we not be required to appear for the Initial Conference, currently scheduled for tomorrow, Wednesday December 12, 2007 at 4:30 p.m. We have informed defense counsel, Lee Adlerstein, Esq., of this occurrence.

We thank the Court for its consideration.

Respectfully submitted,

/S/
FREDERICK K. BREWINGTON

cc:   Lee A. Adlerstein, Esq. (via facsimile)
      Ms. Christine Anderson (by mail)
FKB:pl