USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/08

RECEIVED
CHAMBERS OF
JAN 1 7 2008
JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CHRISTINE C. ANDERSON,

                Plaintiff,

-against-

THE STATE OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------------X

07 Civ. 9599 (SAS) (DFE)

**NOTICE OF
VOLUNTARY DIMISSAL
PURSUANT TO RULE 41(a)(1)**

ECF CASE

        PLEASE TAKE NOTICE that whereas Defendant Catherine O'Hagen Wolfe, in her official and individual capacity ("Wolfe"), has not yet filed an Answer to the Second Amended Complaint or moved for summary judgment in this action, Plaintiff Christine C. Anderson hereby voluntarily dismisses Defendant Wolfe from the above-captioned action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1). Nothing in this Notice shall be construed to extend to the action at large or to any other Defendant in this action with respect to any claim or issue in this case.

Dated: New York, New York
          January 16, 2008

Respectfully submitted,

_/s/_

Tembani S. Xaba (TX-9242)
Attorney at Law
227 Riverside Drive
New York, New York 10025
(917) 432-9226

*Attorney for Plaintiff*

SO ORDERED.

_/s/ Shira A. Scheindlin_
SHIRA A. SCHEINDLIN
U.S.D.J.

Dated: 1/17/08