USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
CHAMBERS OF
JAN 17 2008
JUDGE SCHEINDLIN

------------------------------------------------------------x

CHRISTINE C. ANDERSON,

                     Plaintiff,

-against-

THE STATE OF NEW YORK, et al.,

                     Defendants.

------------------------------------------------------------x

07 Civ. 9599 (SAS) (DFE)

**NOTICE OF
VOLUNTARY DIMISSAL
PURSUANT TO RULE 41(a)(1)**

ECF CASE

       PLEASE TAKE NOTICE that whereas Defendant Hon. John Buckley, in his official and individual capacity ("Buckley"), has not yet filed an Answer to the Second Amended Complaint or moved for summary judgment in this action, Plaintiff Christine C. Anderson hereby voluntarily dismisses Defendant Buckley from the above-captioned action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1). Nothing in this Notice shall be construed to extend to the action at large or to any other Defendant in this action with respect to any claim or issue in this case.

Dated: New York, New York
       January 16, 2008

Respectfully submitted,

_____
Tembani S. Xaba (TX-9242)
Attorney at Law
227 Riverside Drive
New York, New York 10025
(917) 432-9226

*Attorney for Plaintiff*

SO ORDERED.

_____
SHIRA A. SCHEINDLIN
U.S.D.J.

Dated:

1/16/08