UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTINE C. ANDERSON,<br>       Plaintiff,<br>  vs.<br><br>THE STATE OF NEW YORK, THE OFFICE OF COURT ADMINISTRATION OF THE UNIFIED COURT SYSTEM, THOMAS J. CAHILL, in his official capacity and individual capacity, SHERRY K. COHEN, in her official and individual capacity, and DAVID SPOKONY, in his official and individual capacity,<br><br>       Defendants. | 07-CV-9599 (SAS)<br><br>SECOND AMENDED<br>NOTICE OF APPEARANCE |

  PLEASE TAKE NOTICE that the undersigned hereby submits this Second Amended Notice of Appearance. The undersigned hereby appears on behalf of the State of New York, the New York Office of Court Administration of the United Court System, Thomas J. Cahill (official and individual capacities), Sherry R. Cohen (official and individual capacities), and David Spokony (official and individual capacities). This second amended notice of appearance is submitted without prejudice to the application of scheduling dates as have been set by the Court to individually named defendants Thomas J. Cahill, Sherry R. Cohen ad David Spokony in their individual and official capacities.

Dated: New York, New York
   January 23, 2008

                 ANDREW M. CUOMO
                 Attorney General for the State of New York
                 <u>Attorney for The State of New York,</u>
                  <u>The New York Office of Court Administration,</u>
                  <u>Thomas J. Cahill, Sherry R. Cohen and David</u>
                   <u>Spokony</u>
                 By:
                   /S/
                 LEE ALAN ADLERSTEIN
                 Assistant Attorney General
                 120 Broadway - 24th Floor
                 New York, New York 10271
TO: Tembani S. Xaba, Esq.       Tel. (212) 416-6035
   227 Riverside Drive        Fac. (212) 416-6075
   New York, NY 10025