UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
CHRISTINE C. ANDERSON,

                Plaintiff,

- against -

STATE OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------------ X

**ORDER**

07 Civ. 9599 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
2/6/08

      Plaintiff's counsel shall maintain the confidentiality of any materials obtained from defendants or non-parties that are designated as confidential by defendants, and shall not disclose such materials to any third party or file such material with the court, in redacted form or otherwise, except on application to this Court, on notice to defendants' counsel.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
             February 5, 2008

- Appearances -

**For Plaintiff:**

Tembani S. Xaba, Esq.
227 Riverside Drive #2W
New York, New York 10025
(917) 432-9226

**For Defendants:**

Lee Alan Adlerstein
Office of New York State Attorney General
120 Broadway, 24th Floor
New York, New York 10271
(212) 416-6157