UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

CHRISTINE C. ANDERSON,

                Plaintiff,            07 Civ. 9599 (SAS) (DFE)

                                         **NOTICE OF APPEARANCE**

         -against-

THE STATE OF NEW YORK, et al.,

                Defendants.
-------------------------------------------------------- X

      PLEASE TAKE NOTICE that the undersigned appears in this action as co-counsel on behalf of defendants, The State of New York, The Office of Court Administration of the Unified Court System, Thomas J. Cahill, Sherry K. Cohen and David Spokony.

Dated:       New York, New York
                February 13, 2008

                                        ANDREW M. CUOMO
                                        Attorney General of the
                                        State of New York
                                        Attorney for Defendants
                                        By:
                                        _____/s/_____
                                        WESLEY E. BAUMAN
                                        Assistant Attorney General
                                        120 Broadway - 24th Floor
                                        New York, New York  10271
                                        (212) 416-6296

TO:    Tembani S. Xaba
         Attorney for Plaintiff
         227 Riverside Drive
         New York, New York 10025
         (917) 432-9226

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

CHRISTINE C. ANDERSON,

                Plaintiff,        07 Civ. 9599 (SAS) (DFE)

**AFFIRMATION OF SERVICE**

        -against-

THE STATE OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------X

    WESLEY E. BAUMAN, an attorney duly admitted to practice law before the courts of the State of New York, affirms and states:

    That on February 13, 2008, I caused to be served the Notice of Appearance upon the following:

> Tembani S. Xaba, Esq.
> 227 Riverside Drive
> New York, New York 10025

plaintiff's counsel in the within entitled action by depositing a true and correct copy thereof, properly enclosed in post-paid wrapper, in a post-office box regularly maintained by the United States Postal Service at 120 Broadway, New York, New York 10271 directed to said plaintiff's counsel at the address within the State designated by her for that purpose.

Dated:    New York, New York
           February 13, 2008

ANDREW M. CUOMO
Attorney General of the
State of New York
<u>Attorney for Defendants</u>
By:


_____/s/_____
WESLEY E. BAUMAN
Assistant Attorney General
120 Broadway - 24th Floor
New York, New York  10271
(212) 416-6296