```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTINE C. ANDERSON,
                                            :      ELECTRONICALLY FILED
                    Plaintiff,
                                            :      07 Civ. 9599 (SAS) (DFE)
        -against-
                                            :
THE STATE OF NEW YORK, THE OFFICE
OF COURT ADMINISTRATION OF THE              :      ANSWER TO SECOND
UNIFIED COURT SYSTEM, THOMAS J.                    AMENDED COMPLAINT
CAHILL, in his official and individual      :
capacity, SHERRY K. COHEN
in her official and individual capacity,
and DAVID SPOKONY, in his
official and individual capacity,           :      JURY TRIAL DEMANDED

                    Defendants.             :
------------------------------------------------------------X
```

Defendants State of New York, The Office of Court Administration of the Unified Court System, Thomas J. Cahill, Sherry K. Cohen, and David Spokony (collectively "defendants"), by way of answer to the allegations of the second amended complaint, aver as follows[1]:

## AS TO THE PRELIMINARY STATEMENT

1. Defendants deny the allegations contained in paragraphs 1, 3, and 4, except admit that plaintiff was employed at the Appellate Division's Departmental Disciplinary Committee ("DDC"), which is responsible for attorney disciplinary matters, having the title of Principal Attorney for a period of time.

---

[1] Defendants Cahill, Cohen and Spokony answer in their official and individual capacities. Defendant Spokony was not located at the Departmental Disciplinary Committee during events alleged by the second amended complaint to have taken place there, and answers such allegations on the basis of information and belief. Defendants Cahill, Cohen, and Spokony, respectively, answer allegations directed toward other individuals on the basis of information and belief. The governmental entity defendants answer on the basis of information available to management. References to "paragraph(s)" herein are to the numbered paragraphs of the second amended complaint.