UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

CHRISTINE C. ANDERSON,

                Plaintiff,

-against-

THE STATE OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------X

**PROPOSED ORDER**

07 Civ. 9599 (SAS) (DFE)

    The parties submit the following to modify the Court's January 9, 2008 Scheduling Order. It is hereby:

    **ORDERED**, that the time both parties have to respond to requests for the production of documents be extended to March 6, 2008, with the production of documents extended to March 20, 2008.

Dated: New York, New York
       February 25, 2008

                                      Hon. Shira A. Scheindlin
                                      United States District Judge