UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTINE C. ANDERSON,

              Plaintiff,

    -against-

THE STATE OF NEW YORK, THE OFFICE OF
COURT ADMINISTRATION OF THE UNIFIED
UNIFIED COURT SYSTEM, THOMAS J. CAHILL,
in his official and individual capacity, SHERRY K.
COHEN in her official and individual capacity, and
DAVID SPOKONY, in his official and individual
capacity,

              Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/08

07 Civ. 9599 (SAS) (DFE)

**ORDER AUTHORIZING
FILE PRODUCTION**

ECF Case

It appearing that plaintiff has served upon defendants requests for production of files concerning investigation of attorneys by the New York State Supreme Court, First Department's District Disciplinary Committee ("DDC"); and

It appearing that production of DDC attorney investigations files implicates privacy, confidentiality and sealing provisions under New York Executive Law, § 90.10; and this Court having determined that appropriate production of attorney investigation files by defendants to plaintiff in this matter is in the interest of proper litigation of this matter; and this Court having by previous order provided for mechanisms to preserve confidentiality in document production; it is hereby

ORDERED that defendants be and are authorized to produce to plaintiff in this litigation file material requested by plaintiff concerning investigation by DDC of attorneys with names having the following initials: "D.N.", "L.M.", "R.H.", "P.M.", "J.G.", "J.S.", "M.S.", and the file on the complainant with the name commencing with the letters, "McI"; and it is further

ORDERED that prior to making production, defendants are hereby authorized to provide

advance written notice of the impending file production hereunder to each of the attorneys who were subject to the abovementioned investigations, seven calendar days prior to making the document production authorized hereunder; and it is further

ORDERED that nothing in this Order shall restrict the rights of any party in this matter as to any privilege, as well as under the Confidentiality Order previously entered in this case; and this order shall not restrict any right, upon proper showing, to further document production of attorney investigation files.

Dated: March 17, 2008

SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE