UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 5/13/08

------------------------------------- x

CHRISTINE C. ANDERSON,                :

             Plaintiff,              :   07 Civ. 9599 (SAS) (AJP)

      -against-                      :   ORDER SCHEDULING
                                          DISCOVERY CONFERENCE
THE STATE OF NEW YORK, et al.,        :

             Defendants.             :

------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

      IT IS HEREBY ORDERED that a status conference is scheduled for Thursday, May 15, 2008 at 3:30 p.m. before the undersigned in Courtroom 20D (500 Pearl Street).

      Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers hereafter filed with the Court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

      SO ORDERED.

Dated:     New York, New York
            May 13, 2008

                                        Andrew J. Peck
                                        United States Magistrate Judge

Copies **by fax & ECF** to:    Tembani Selepi Xaba, Esq.
                                  Wesley Eugene Bauman, Esq.
                                  Michael S. Ross, Esq.
                                  Judge Shira A. Scheindlin

C:\ORD\Order Scheduling Status Conference