UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 5/29/08
```

------------------------------------- x

CHRISTINE C. ANDERSON,                :

         Plaintiff,                  :

    -against-                           :

THE STATE OF NEW YORK, et al.,        :

         Defendants.                :

------------------------------------- x

07 Civ. 9599 (SAS) (AJP)

ORDER SCHEDULING
DISCOVERY CONFERENCE

**ANDREW J. PECK, United States Magistrate Judge:**

IT IS HEREBY ORDERED that a conference is scheduled for June 3, 2008 at 4:00 p.m. before the undersigned in Courtroom 20D (500 Pearl Street).

Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers hereafter filed with the Court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which was previously provided.

    SO ORDERED.

Dated:    New York, New York
          May 29, 2008

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:    Tembani Selepi Xaba, Esq.
                          Lee Alan Adlerstein, Esq.
                          Wesley Eugene Bauman, Esq.
                          Judge Shira A. Scheindlin