# Tembani S. Xaba
Attorney at Law
227 Riverside Drive, New York, N.Y. 10025 (212) 662-9226                                tembani@earthlink.net

RECEIVED JUN 02 2008 CHAMBERS OF ANDREW J. PECK

June 2, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 6/3/08

By Facsimile

The Honorable Andrew J. Peck
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1370
New York, New York 10007

    Re:    Anderson v. The State of New York, et al., 07 Civ. 9599 (SAS)

Dear Judge Peck:

    I write on behalf of the plaintiff in the above-referenced action to request an adjournment of the discovery conference scheduled for tomorrow, June 3, 2008 at 4:00 p.m. I am advised that Plaintiff is in the process of retaining new counsel, and as a result, new counsel will need time to get up to speed on the case.

    I have contacted opposing counsel on plaintiff's behalf, and they have no objection to this request for an adjournment.

                          Respectfully submitted,

                          Tembani S. Xaba

cc:    Hon. Shira A. Scheindlin (via facsimile at 212-805-7920)
        Wesley E. Bauman, Esq. (via facsimile at 212-416-4009)

**MEMO ENDORSED** 6/2/08. [handwritten endorsement, largely illegible] ... SO ORDERED: Hon. Andrew Jay Peck, United States Magistrate Judge

**BY FAX**

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

Dated: __June 3, 2008__                                   Total Number of Pages: __2__

| TO | FAX NUMBER |
|---|---|
| Tembani Selepi Xaba, Esq. | 212-222-2074 |
| Lee Alan Adlerstein, Esq. | 212-416-6009 |
| Wesley Eugene Bauman, Esq. | 212-416-6075 |

# TRANSCRIPTION:

**MEMO ENDORSED 6/3/08**

1. Since the conf. was to deal with plaintiff's discovery application, the adjournment is GRANTED despite the late request. However, plaintiff is warned that the 8/11 fact cutoff will **not** be extended!

2. Plaintiff should seek a new conf. date when she is ready.

Copy to:   Judge Shira A. Scheindlin