UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

CHRISTINE C. ANDERSON,

                Plaintiff,

- against -

STATE OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------------ X

<u>ORDER</u>

07 Civ. 9599 (SAS)

       On May 7, 2008, this Court referred a dispute concerning the production of attorney disciplinary records to Magistrate Judge Andrew J. Peck. On May 15, 2008, Judge Peck granted the motion of certain non-parties to prevent disclosure of those records. By letter dated May 30, 2008, plaintiff requested that this Court reject Magistrate Judge Peck's ruling.

       Pursuant to section 636(b)(1)(A) of title 28 of the United States Code, a district court judge may reconsider a pretrial matter decided by a magistrate judge if the magistrate judge's order is "clearly erroneous or contrary to law." I have reviewed Judge Peck's ruling and find that it is well-reasoned, equitable, and based on a natural construction of the relevant law. I therefore decline to reconsider Judge Peck's decision.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:	New York, New York
	June 2, 2008

## - Appearances -

**For Plaintiff:**

Tembani S. Xaba, Esq.
227 Riverside Drive #2W
New York, New York 10025
(917) 432-9226

**For Defendants:**

Wesley E. Bauman
Assistant Attorney General
Office of New York State Attorney General
120 Broadway, 24th Floor
New York, New York 10271
(212) 416-6157