AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

CHRISTINE C. ANDERSON,

        Plainitff,

   - against -

THE STATE OF NEW YORK ET AL,

        Defendants.

**APPEARANCE**

Case Number: 07 Civ. 9599 (SAS)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Christine C. Anderson, Plaintiff

I certify that I am admitted to practice in this court.

| 6/11/2008 | |
| --- | --- |
| Date | Signature |

| John A. Beranbaum | JB-7944 |
| --- | --- |
| Print Name | Bar Number |

| 80 Pine Street, 32nd floor | | |
| --- | --- | --- |
| Address | | |

| New York | NY | 10005 |
| --- | --- | --- |
| City | State | Zip Code |

| (212) 509-1616 | (212) 509-8088 |
| --- | --- |
| Phone Number | Fax Number |