UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
CHRISTINE C. ANDERSON,

                Plaintiff,

- against -

STATE OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------------ X

ORDER

07 Civ. 9599 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/08

       On May 7, 2008, this Court referred a dispute concerning the production of attorney disciplinary records to Magistrate Judge Andrew J. Peck. On May 15, 2008, Judge Peck held that N.Y. Judiciary Law § 90(10) prohibited disclosure of those records absent an order from the Appellate Division of the New York Supreme Court. By letter dated May 30, 2008, plaintiff requested that this Court reject Magistrate Judge Peck's ruling. That request was denied by Order dated June 2, 2008. Plaintiff now moves for reconsideration of that ruling.

       Plaintiff concedes that reconsideration is appropriate only where "the Court has overlooked controlling decisions or factual matters that might have influenced its prior determination on a matter at issue."[1] However, plaintiff has not indicated any such decision or matter that the Court overlooked. On the contrary, the Court had carefully considered the arguments in plaintiff's letter and the case cited by

---

[1] 6/17/08 Letter from Plaintiff to the Court.

plaintiff. Plaintiff's motion is therefore denied.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:      New York, New York
            June 18, 2008

## - Appearances -

**For Plaintiff:**

Tembani S. Xaba, Esq.
227 Riverside Drive #2W
New York, New York 10025
(917) 432-9226

**For Defendants:**

Wesley E. Bauman
Assistant Attorney General
Office of New York State Attorney General
120 Broadway, 24th Floor
New York, New York 10271
(212) 416-6157