```
UNITED STATES DISTRICT COURT                  USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                 DOCUMENT
                                              ELECTRONICALLY FILED
-------------------------------------- x      DOC# _____
                                              DATE FILED: 6/24/08
CHRISTINE C. ANDERSON,                 :

                Plaintiff,             :      07 Civ. 9599 (SAS) (AJP)

        -against-                      :      **ORDER**

THE STATE OF NEW YORK, et al.,         :

                Defendants.            :

-------------------------------------- x
```

**ANDREW J. PECK, United States Magistrate Judge:**

Plaintiff's counsel confirmed to the Court that the "Amended Complaint" filed as Dkt. No. 47 was <u>not</u> filed by plaintiff Anderson and is erroneously filed in this case. The operative complaint is Dkt. No. 18 (2d Am. Compl.). The Clerk of Court is directed to delete Document No. 47 and delete all plaintiffs except Ms. Anderson and all defendants except those named in Dkt. No. 18.

SO ORDERED.

Dated:  New York, New York
        June 24, 2008

                                        _____
                                        Andrew J. Peck
                                        United States Magistrate Judge

Copies **by fax & ECF** to:   John A. Beranbaum, Esq.
                              Tembani Selepi Xaba, Esq.
                              Lee Alan Adlerstein, Esq.
                              Wesley Eugene Bauman, Esq.
                              Judge Shira A. Scheindlin

C:\OPIN\