# BERANBAUM MENKEN BEN-ASHER & BIERMAN LLP

80 PINE STREET, 32ND FLOOR

NEW YORK, NEW YORK 10005

TELEPHONE: (212) 509-1616

FACSIMILE: (212) 509-8088

WWW.BMBBLAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/08

JONATHAN BEN-ASHER
JOHN A. BERANBAUM °
MARK H. BIERMAN
BRUCE E. MENKEN
JASON J. ROZGER ▲

KRISTEN E. FINLON
NICOLE GRUNFELD
JENNIFER L. SMITH*

STEPHEN H. PALITZ
OF COUNSEL

° ALSO ADMITTED NJ, PA
▲ ALSO ADMITTED NJ
* ALSO ADMITTED TX


RECEIVED JUL -8 2008 CHAMBERS OF ANDREW J. PECK

July 8, 2008

BY FAX
Honorable Andrew J. Peck
U.S. Courthouse
Room 1370
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED** /2

Re: Anderson v. State of New York et al
07 Civ. 9599 (SA) (AJP)

Dear Judge Peck:

This law firm represents the plaintiff, Christine C. Anderson, in the above matter. The parties jointly request that the deadline for the completion of fact discovery in this matter be extended from August 11 to September 19, 2008. We make this request, not for any lack of diligence by the parties in conducting discovery, but because the number of depositions noticed to date make the August 11 deadline impractical.

Between July 11 and August 11, the parties have so far scheduled eleven depositions. In addition, another deposition, of the former Clerk of Court, Catherine O'Hagen Wolfe, has been noticed, but due to the witness' and opposing counsel's schedules, no date is available. Defendant also has noticed the deposition of one of Ms. Anderson's doctors, but we have been unable to set its date. As a further point, counsel for the defendants have long scheduled and pre-paid vacation plans the weeks of August 4 and August 11.

As Your Honor knows, my firm has been recently retained in this matter. I have done all I can to get up to speed in the case, including trying to absorb thousands of pages of documents exchanged by the parties in order to prepare for depositions. I am concerned that the crush of depositions that the parties have had to schedule in order to meet the discovery deadline will

Honorable Andrew J. Peck
Page 2
July 8, 2008

have a negative impact on the thoroughness of discovery and, ultimately, the administration of justice. The extension that the parties have requested is relatively small and will not affect the final discovery deadline or the timely resolution of this matter.

Thank you for your attention to this matter.

Respectfully submitted,

John A. Beranbaum

cc: Wesley E. Bauman, Esq. (By fax)
Lee. A. Alderman, Esq. (By fax)

**MEMO ENDORSED** 7/16/08

[Handwritten endorsement, partially illegible: extension of fact discovery until 7/19 is approved/no further extensions...]

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

BY FAX

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
### UNITED STATES MAGISTRATE JUDGE
### UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:  (212) 805-7933
Telephone No.:  (212) 805-0036

**Dated:** July 16, 2008                           **Total Number of Pages:** 3

| TO | FAX NUMBER |
|---|---|
| John A. Beranbaum, Esq. | 212-509-8088 |
| Tembani Selepi Xaba, Esq. | 212-222-2074 |
| Lee A. Adlerstein, Esq. | 212-416-6009 |
| Wesley E. Bauman, Esq. | 212-416-6075 |

# TRANSCRIPTION:

### MEMO ENDORSED 7/16/08

Extension of fact discovery cutoff to **9/19** is APPROVED. All other deadlines (inc. re experts) remain unchanged. Further extensions are unlikely.

Copy to:   Judge Shira A. Scheindlin