UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

CHRISTINE C. ANDERSON,              :

        Plaintiff,                 :                07 Civ. 9599 (SAS) (AJP)

       -against-                       :                **ORDER**

THE STATE OF NEW YORK, et al.,      :

        Defendants.                :

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/17/08

**ANDREW J. PECK, United States Magistrate Judge:**

Plaintiff's counsel is to bring copies of the Van Lew and Wilson affidavits to the July 23, 2008 conference for possible <u>in camera</u> review by the Court.

SO ORDERED.

Dated:    New York, New York
            July 17, 2008

                                                    **Andrew J. Peck**
                                        United States Magistrate Judge

Copies **by fax & ECF** to:    John A. Beranbaum, Esq.
                                     Tembani Selepi Xaba, Esq.
                                     Lee A. Adlerstein, Esq.
                                     Wesley E. Bauman, Esq.
                                     Judge Shira A. Scheindlin

C:\OPIN\