UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

CHRISTINE C. ANDERSON,
                         Plaintiff,         07 Civ. 9599 (SAS)

**NOTICE OF MOTION**

         -against-

THE STATE OF NEW YORK, <u>et al.</u>,

                        Defendants.
-------------------------------------------------------X

      PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, affirmation of counsel with exhibits, and Rule 56.1 Statement, the defendants will move this Court before the Honorable Shira A. Scheindlin at the United States Courthouse, 500 Pearl Street, New York, New York on such date as the Court may set, for an order granting summary judgment to defendants and dismissing this action in its entirety, and granting such other and further relief as this Court deems just and proper.

      Please take further notice that submission of opposition papers on behalf of plaintiff shall be made on or before February 4, 2009.

Dated:      New York, New York
               January 7, 2009

                                                       ANDREW M. CUOMO

        Attorney General for the State of New York
        <u>Attorney for Defendants</u>
        By:

        _____/s/_____
        LEE ALAN ADLERSTEIN
        Assistant Attorney General
        120 Broadway - 24th Floor
        New York, New York 10271
        Tel. (212) 416-6035
        Fac. (212) 416-6075


To:  John A. Beranbaum, Esq.
    Beranbaum, Menken, Ben-Asher & Bierman, LLP
    80 Pine Street, 32nd Floor
    New York, New York 10005