UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

CHRISTINE C. ANDERSON,

        Plaintiff,                      07 Civ. 9599 (SAS)

    - against -                    **AFFIRMATION OF**
                                                 **JOHN A. BERANBAUM**

THE STATE OF NEW YORK, et al,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

State of New York
County of New York }ss:

      JOHN A. BERANBAUM, upon penalty of perjury, deposes and says:

1.      I am an attorney admitted to the bar of the State of New York and to this Court, and represent the plaintiff in the above action.

2.      I make this Affidavit to bring before the Court documents relevant to the pending Motion for Summary Judgment.

3.      Attached as Exhibit 1 is a true and correct copy of excerpts from a transcript of the deposition of Christine Anderson.

4.      Attached as Exhibit 2 is a true and correct copy of excerpts from a transcript of the deposition of Andral Bratton.

5.      Attached as Exhibit 3 is a true and correct copy of excerpts from a transcript of the deposition of Thomas C. Cahill.

6.      Attached as Exhibit 4 is a true and correct copy of excerpts from a transcript of the deposition of G. Peta Carrera, M.D.

7. Attached as Exhibit 5 is a true and correct copy of excerpts from a transcript of the deposition of Sherry K. Cohen.

8. Attached as Exhibit 6 is a true and correct copy of excerpts from a transcript of the deposition of Nicole Corrado.

9. Attached as Exhibit 7 is a true and correct copy of excerpts from a transcript of the deposition of Monique Hudson.

10. Attached as Exhibit 8 is a true and correct copy of excerpts from a transcript of the deposition of David Spokony.

11. Attached as Exhibit 9 is a true and correct copy of excerpts from a transcript of the deposition of Catherine O'Hagan Wolfe.

12. Attached as Exhibit 10 is a true and correct copy of the Affidavit of Kenneth Van Lew.

13. Attached as Exhibit 11 are true and correct copies of documents produced in discovery by plaintiff.

14. Attached as Exhibit 12 are true and correct copies of documents produced in discovery by defendants.

Dated: February 4, 2009

_____/s/_____
John A. Beranbaum