UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTINE C. ANDERSON,

                        Plaintiff,

                                                 07 Cv. 9599 (SAS)
  -against-

THE STATE OF NEW YORK, et al.,                **NOTICE OF DEFENDANT'S**
                                                                 **MOTION IN LIMINE**

                        Defendants.
------------------------------------------------------------X

      PLEASE TAKE NOTICE that upon the accompanying Defendants' Memorandum of Law in Support of Motion in Limine, together with all the pleadings and proceedings heretofore had herein, the defendants, by their attorney ANDREW M. CUOMO, Attorney General of the State of New York, will move this Court, before the Honorable Shira A. Scheindlin, United States District Judge, at the United States Courthouse, located at 500 Pearl Street, New York, New York, on a date to be determined by the Court, for an order in limine under the Federal Rules of Evidence governing the admission of certain evidence for trial.

      PLEASE TAKE FURTHER NOTICE, that pursuant to prior Court order, answering papers, if any, must be served upon the defendant on or before July 21, 2009.

Dated: New York, New York
       July 15, 2009

                Respectfully submitted,

                ANDREW M. CUOMO
                Attorney General for the State of New York
                <u>Attorney for Defendants</u>
                By:

                _____/s/_____
                LEE ALAN ADLERSTEIN
                Assistant Attorney General
                120 Broadway - 24th Floor
                New York, New York 10271
                Tel. (212) 416-6035
                Fac. (212) 416-6075

LEE ALAN ADLERSTEIN
WESLEY E. BAUMAN
Assistant Attorneys General
<u> of</u> <u>Counsel</u>