UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

CHRISTINE C. ANDERSON,

        Plaintiff,                  07 Civ. 9599 (SAS)

    - against -                 **AFFIRMATION OF**
                                   **JOHN A. BERANBAUM**

THE STATE OF NEW YORK, et al,

        Defendants.
----------------------------------X

State of New York
County of New York }ss:

        JOHN A. BERANBAUM, upon penalty of perjury, deposes and says:

1. I am an attorney admitted to the bar of the State of New York and to this Court, and represent the plaintiff in the above action.

2. I make this Affidavit to bring before the Court documents relevant to the pending Motion In Limine.

3. Attached as Exhibit 1 is a true and correct copy of excerpts from a transcript of the deposition of Christine Anderson.

4. Attached as Exhibit 2 is a true and correct copy of excerpts from a transcript of the deposition of Dr. Abraham Jankowitz.

Dated: July 21, 2009

                                                  ____/s/_____
                                                  John A. Beranbaum

PLAINTIFF'S EXHIBIT 1

**REDACTED pursuant to Stipulation and Order of Confidentiality,**

**dated February 20, 2008.**

**PLAINTIFF'S EXHIBIT 2**

**REDACTED pursuant to Stipulation and Order of Confidentiality,**

**dated February 20, 2008.**