USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/14/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

CHRISTINE C. ANDERSON,

          Plaintiff,

- against -

THE STATE OF NEW YORK, et al.,

          Defendants.

------------------------------------------------------X

**ORDER**

07 Civ. 9599 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      On July 15, 2009, individual defendants David Spokony, Thomas J. Cahill, and Sherry K. Cohen filed a Notice of Defendants' Motions in Limine, in anticipation of the trial which was originally scheduled to begin on August 17, 2009. Because of other trial commitments, the trial in this case was adjourned to October 19, 2009. At a pre-trial conference held on October 8, 2009, this Court decided defendants' motions in limine on the record. Accordingly, the Clerk of the Court is directed to close defendants' motions in limine (Document # 102).

                                     SO ORDERED:

                                       Shira A. Scheindlin
                                       U.S.D.J.

Dated:     New York, New York
             October 14, 2009

## - Appearances -

**For Plaintiff:**

Rory Bellantoni, Esq.
Lovett & Bellantoni
37A Saw Mill River Road
Hawthorne, NY 10532
(914) 347-4500

Tembani S. Xaba, Esq.
227 Riverside Drive
New York, NY 10025
(917) 432-9226

**For Defendants:**

Wesley E. Bauman
Lee A. Adlerstein
Assistant Attorneys General
NYS Office of the Attorney General
120 Broadway
New York, NY 10271
(212) 416-6296