UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTINE C. ANDERSON,

                        Plaintiff,

                                                  07 Cv. 9599 (SAS)

  -against-

                                                  **NOTICE OF MOTION**

THOMAS J. CAHILL, SHERRY K.
COHEN, and DAVID SPOKONY

                        Defendants.
------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that upon the Memorandum of Law in Support of Motion for Judgment Against Plaintiff as a Matter of Law, dated October 26, 2009, the undersigned, on behalf of defendants, will move this Court, at the courthouse, Southern District of New York, 500 Pearl Street, New York, New York, before the Honorable Shira A. Scheindlin, United States District Judge, on a date to be determined by the Court, for an order, pursuant to Rule 50(a) of the Federal Rules of Civil Procedure, for judgment against plaintiff as a matter of law, for the reasons stated in the accompanying memorandum of law.

Dated:  New York, New York
           October 26, 2009

                                            Respectfully submitted,

                                            ANDREW M. CUOMO
                                            Attorney General for the State of New York
                                            <u>Attorney for Defendants</u>
                                            By:

                                            _____/s/_____
                                            LEE ALAN ADLERSTEIN
                                            Assistant Attorney General
                                            120 Broadway - 24th Floor
                                            New York, New York 10271
                                            Tel. (212) 416-6035
                                            Fac. (212) 416-6075

TO:   Jonathan Lovett, Esg.
      Lovett & Bellantoni, LLP
      37A Saw Mill River Road
      Hawthorne, New York 10532
      (914) 347-4500