**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

CHRISTINE C. ANDERSON,

                Plaintiff,

    -against-

THOMAS J. CAHILL, SHERRY K. COHEN,
And DAVID SPOKONY,

                Defendants.

------------------------------------------------------------X

**07 Civ 9599 (SAS)**

**NOTICE OF APPEAL**

**NOTICE** is hereby given that plaintiff, *pro se*, hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment signed October 30, 2009, and entered October 31, 2009 (Document #120), and all other related adversarial orders, *inter alia*.

**Dated:** New York, New York
       November 25, 2009

Christine C. Anderson
*plaintiff, pro se*
227 Riverside Drive — Suite 2N
New York, New York 10025
917-817-7170 tel