# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # _____

---------------------------------------------------------
Anderson

USCA NO. _____

SDNY NO. 07 - cv - 9599
JUDGE: __S A S__
DATE: __12 / 8 / 2009__

-v-

The State of New York et al
---------------------------------------------------------

### INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME) _____Nezam D._____
FIRM _____APPEALS SECTION_____
ADDRESS UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY
         500 PEARL STREET, NEW YORK, NEW YORK 10007
PHONE NO. _____(212) 805-0636_____

**DISTRICT COURT DOCKET ENTRIES** -----------------------------------------------

**DOCUMENTS**                                                                **DOC#**

_____
                         Clerk's Certificate
_____
                  See Attached List of Numbered Documents
_____
                    Only Circled Documents Included
                *** All the others are electronically filed
_____

( √ ) Original Record                              (_____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the __8th__ Day of __Dec.__, 2009.

*U.S. DISTRICT COURT FILED DEC 0 2009 S.D. OF N.Y.*

| | |
|---|---|
| **United States District Court for the Southern District of New York** | Date:  **12/8/2009** <br> U.S.C.A. # _____ |
| ---------------------------------------------------- | |
| Anderson | U.S.D.C. # **07 cv 9599** |
| -V- | D.C. JUDGE **SAS** |
| The State of New York et al | |
| ---------------------------------------------------- | |

# Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __124__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
| 06/01/2008 | Letter |
| 10/01/2008 | Transcript |
| 11/23/2009 | Transcript |
| | |
| | |
| | |
| | |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this __17th__ Day of __November__ In this year of our Lord, Two Thousand and Nine, and the Independence of the United States this 233rd year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CASREF, CLOSED, ECF

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-09599-SAS

Anderson v. The State of New York et al  
Assigned to: Judge Shira A. Scheindlin  
Referred to: Magistrate Judge Andrew J. Peck (Settlement)  
Demand: $80,000  
Related Cases: 1:07-cv-11612-SAS  
1:07-cv-11196-SAS  
1:08-cv-02391-SAS  
1:08-cv-05455-SAS  
1:08-cv-03305-SAS  
1:08-cv-04438-SAS  
Cause: 42:1981 Civil Rights

Date Filed: 10/26/2007  
Date Terminated: 10/30/2009  
Jury Demand: Both  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 10/26/2007 | 1 | COMPLAINT against David Spokony, The State of New York, The Office of Court Administration of Unified Court System, Hon. John Buckley, Thomas J. Cahill, Sherry K. Cohen, Catherine O'Hagen Wolfe. (Filing Fee $ 350.00, Receipt Number 631314)Document filed by Christine C. Anderson.(jpo) Additional attachment(s) added on 10/31/2007 (Becerra, Maribel). (Entered: 10/30/2007) |
| 10/26/2007 | | SUMMONS ISSUED as to David Spokony, The State of New York, The Office of Court Administration of Unified Court System, Hon. John Buckley, Thomas J. Cahill, Sherry K. Cohen, Catherine O'Hagen Wolfe. (jpo) (Entered: 10/30/2007) |
| 10/26/2007 | | Magistrate Judge Douglas F. Eaton is so designated. (jpo) (Entered: 10/30/2007) |
| 10/26/2007 | | Case Designated ECF. (jpo) (Entered: 10/30/2007) |
| 11/07/2007 | 2 | AMENDED COMPLAINT amending 1 Complaint, against David Spokony, The State of New York, The Office of Court Administration of Unified Court System, Hon. John Buckley, Thomas J. Cahill, Sherry K. Cohen, Catherine O'Hagen Wolfe.Document filed by Christine C. Anderson. Related document: 1 Complaint, filed by Christine C. Anderson. (jco) (Entered: 11/08/2007) |
| 11/12/2007 | 3 | AFFIDAVIT OF SERVICE. The State of New York served on 11/8/2007, answer due 1/7/2008; The Office of Court Administration of Unified Court System served on 11/8/2007, answer due 1/7/2008. Service was accepted by Ms. L. Stone and Deputy Counsel John Eiseman. Service was made by Mail. Document filed by Christine C. Anderson. (Brewington, Frederick) (Entered: 11/12/2007) |
| 11/19/2007 | 4 | ORDER FOR INITIAL PRETRIAL CONFERENCE: Initial Conference set for 12/12/2007 at 04:30 PM in Courtroom 15C, 500 Pearl Street, New York, NY 10007 before Judge Shira A. Scheindlin. (Signed by Judge Shira A. Scheindlin on 11/16/07) (tro) (Entered: 11/19/2007) |
| 11/29/2007 | 5 | NOTICE OF APPEARANCE by Lee Alan Adlerstein on behalf of David Spokony, The State of New York, The Office of Court Administration of Unified Court System, Hon. John Buckley, Thomas J. Cahill, Sherry K. Cohen, Catherine O'Hagen Wolfe (Adlerstein, Lee) (Entered: 11/29/2007) |
| 12/03/2007 | 6 | NOTICE OF APPEARANCE by Lee Alan Adlerstein on behalf of The State of New York, The Office of Court Administration of Unified Court System (Adlerstein, Lee) (Entered: 12/03/2007) |
| 12/04/2007 | 7 | NOTICE OF CHANGE OF ADDRESS by Tembani Selepi Xaba on behalf of Christine C. Anderson. New Address: Tembani S. Xaba, Esq., 227 Riverside Drive, New York, New York, USA 10025, (917) 432-9226. (Xaba, Tembani) (Entered: 12/04/2007) |
| 12/05/2007 | 8 | NOTICE OF APPEARANCE by Tembani Selepi Xaba on behalf of Christine C. Anderson (Xaba, Tembani) (Entered: 12/05/2007) |
| 12/11/2007 | 9 | AFFIDAVIT OF SERVICE of Summons and Amended Complaint,. Hon. John Buckley served on 12/10/2007, answer due 12/31/2007. Service was accepted by John Buckley. Document filed by Christine C. Anderson. (Brewington, Frederick) (Entered: 12/11/2007) |
| 12/11/2007 | 10 | AFFIDAVIT OF SERVICE of Summons and Amended Complaint,. Thomas J. Cahill served on 12/8/2007, answer due 12/28/2007. Service was accepted by Thomas J. Cahill. Document filed by Christine C. Anderson. (Brewington, Frederick) (Entered: 12/11/2007) |
| 12/11/2007 | 11 | AFFIDAVIT OF SERVICE of Summons and Amended Complaint,. Sherry K. Cohen served on 12/6/2007, answer due 12/26/2007. Service was accepted by Sherry K. Cohen. Document filed by Christine C. Anderson. (Brewington, Frederick) (Entered: 12/11/2007) |

| | | |
|---|---|---|
| 12/11/2007 | 12 | AFFIDAVIT OF SERVICE of Summons and Amended Complaint,. Catherine O'Hagen Wolfe served on 12/6/2007, answer due 12/26/2007. Service was accepted by Catherine O'Hagen Wolfe. Document filed by Christine C. Anderson. (Brewington, Frederick) (Entered: 12/11/2007) |
| 12/11/2007 | 13 | AFFIDAVIT OF SERVICE of Summons and Amended Complaint,. David Spokony served on 12/7/2007, answer due 12/27/2007. Service was accepted by David Spokony. Document filed by Christine C. Anderson. (Brewington, Frederick) (Entered: 12/11/2007) |
| 12/12/2007 | 14 | ENDORSED LETTER addressed to Judge Shira A. Scheindlin from Frederick K. Brewington dated 11/11/2007 re: request that this office be relieved as counsel of record for Ms. Anderson, and that we not be required to appear for the Initial Conference set for 12/12/2007. ENDORSEMENT: Counsel's request to withdraw is hereby granted. (Signed by Judge Shira A. Scheindlin on 12/12/2007) (jar) (Entered: 12/12/2007) |
| 01/08/2008 | 15 | ENDORSED LETTER addressed to Judge Shira A. Scheindlin from Lee Alan Adlerstein dated 1/4/08 re: The parties have agreed upon the following proposed schedule, conprising an extension of seven calendar days from the previously set schedule filing of the Amended Complaint by 1/9/08, answer or motion by defendants by 2/21/08, Opposition to the motionby 3/21/08, reply as to motion by 4/11/08. ENDORSEMENT: The parties request regarding the schedule for filing an amended complaint and an answer or motion is granted. Plaintiff shall file an amended complaint by Jan. 9, 2008. Defendants shall move or answer by Feb. 21, 2008. Plaintiff's opposition is due by March 21 and defendants may reply by April 11, 2008. So Ordered. (Signed by Judge Shira A. Scheindlin on 1/7/08) (js) (Entered: 01/08/2008) |
| 01/09/2008 | 16 | FILING ERROR - ELECTRONIC FILING FOR NON-ECF DOCUMENT - MOTION to Amend/Correct 1 Complaint(SECOND AMENDED COMPLAINT). Document filed by Christine C. Anderson. Return Date set for 2/21/2008 at 11:59 PM.(Xaba, Tembani) Modified on 1/10/2008 (KA). (Entered: 01/09/2008) |
| 01/09/2008 | 17 | SCHEDULING ORDER: Deposition of fact witnesses shall be completed by 6/30/08. Depositions of expert witnesses, if any, shall be completed by 8/29/2008. Fact Discovery due by 6/30/08. Expert Discovery due by 8/29/08. Final Pretrial Conference set for 9/3/2008 at 04:30 PM before Judge Shira A. Scheindlin. Pretrial Order together with trial briefs and either (1) proposed findings of facts and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instruction by 10/16/2008. Defendant shall submit a proposed protective and confidentiality agreement by 1/25/08. The parties shall thereafter jointly submit such protective and confidentiality agreement and order to the Court by 2/1/08. Plaintiff has requested trial by jury. The length of trial, apart from jury selection, is expected to be approximately seven days. (Signed by Judge Shira A. Scheindlin on 1/9/08) (tro) (Entered: 01/10/2008) |
| 01/09/2008 | 18 | SECOND AMENDED COMPLAINT (NUNC PRO TUNC 1/9/08 - SEE 19 ORDER): amending 1 Complaint against David Spokony, The State of New York, The Office of Court Administration of Unified Court System, Thomas J. Cahill, Sherry K. Cohen. Document filed by Christine C. Anderson. Related document: 1 Complaint filed by Christine C. Anderson.(db) Modified on 1/17/2008 (db). (Entered: 01/14/2008) |
| 01/10/2008 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - NON-ECF DOCUMENT ERROR. Note to Attorney Tembani Selepi Xaba to MANUALLY RE-FILE Document No. 16 Second Amended Complaint. This document is not filed via ECF. (KA) (Entered: 01/10/2008) |
| 01/17/2008 | 19 | ENDORSED LETTER addressed to Judge Shira A. Scheindlin from Tembani S. Xaba dated 1/11/08 re: Plaintiff requests that the Second Amended Complaint's filing date be amended to reflect it's timeliness on 1/9/08. ENDORSEMENT: Plaintiff's request is granted. Plaintiff's second amended complaint is considered to be timely filed nunc pro tunc on 1/9/08. SO ORDERED. (Signed by Judge Shira A. Scheindlin on 1/15/08) (db) (Entered: 01/17/2008) |
| 01/17/2008 | 20 | NOTICE of Voluntary Dismissal pursuant to Rule 41(a)(1) of the F.R.C.P. Plaintiff Christine C. Anderson voluntarily dismisses Defendant Wolfe from the action without prejudice. (Signed by Judge Shira A. Scheindlin on 1/17/2008) (jar) (Entered: 01/18/2008) |
| 01/17/2008 | 21 | NOTICE of Voluntary Dismissal pursuant to Rule 41(a)(1) of the F.R.C.P. Plaintiff Christin C. Anderson voluntarily dismisses Defendant Buckley from the action without prejudice. (Signed by Judge Shira A. Scheindlin on 1/16/2008) (jar) (Entered: 01/18/2008) |
| 01/22/2008 | 22 | RULE 26 DISCLOSURE.Document filed by Christine C. Anderson.(Xaba, Tembani) (Entered: 01/22/2008) |
| 01/23/2008 | 23 | NOTICE OF APPEARANCE by Lee Alan Adlerstein on behalf of David Spokony, The State of New York, The Office of Court Administration of Unified Court System, Thomas J. Cahill, Sherry K. Cohen (Adlerstein, Lee) (Entered: 01/23/2008) |
| 01/23/2008 | 24 | RULE 26 DISCLOSURE.Document filed by David Spokony, The State of New York, The Office of Court Administration of Unified Court System, Thomas J. Cahill, Sherry K. Cohen.(Adlerstein, Lee) (Entered: 01/23/2008) |
| 01/29/2008 | 25 | TRANSCRIPT of proceedings (Conference) held on 12/12/07 before Judge Shira A. Scheindlin. (ja) (Entered: 01/29/2008) |
| 02/06/2008 | 26 | ORDER: Plaintiff's counsel shall maintain the confidentiality of any materials obtained from defendants or non-parties that are designated as confidential by defendants, and shall not disclose such materials to any third party or file such material with the Court, in redacted form or otherwise, except on application to this Court, on notice to defendants' counsel. So Ordered. (Signed by Judge Shira A. Scheindlin on 2/5/08) (js) (Entered: 02/06/2008) |
| 02/13/2008 | 27 | NOTICE OF APPEARANCE by Wesley Eugene Bauman on behalf of David Spokony, The State of New York, The Office of Court Administration of Unified Court System, Thomas J. Cahill, Sherry K. Cohen (Bauman, Wesley) (Entered: 02/13/2008) |
| 02/20/2008 | 28 | STIPULATION AND ORDER OF CONFIDENTIALITY: This stipulation and order shall govern all depositions, request for discovery, documents produced in response to request for production of documents, responses to interrogatories, and all |

| | | |
|---|---|---|
| | | other discovery taken or obtained in this action, as well as other information hereafter furnished, directly and indirectly, by or on behalf of any party or non-party in connection with this action which that party reasonably believes is privileged and protected form public disclosure pursuant to New York Judiciary Law 90(10) or otherwise contains sensitive or confidential information requiring protection from general or public disclosure, as set forth in this stipulation and order. (Signed by Judge Shira A. Scheindlin on 2/20/2008) (jpo) (Entered: 02/21/2008) |
| 02/21/2008 | 29 | ANSWER to Amended Complaint with JURY DEMAND. Document filed by David Spokony, The State of New York, The Office of Court Administration of Unified Court System, Thomas J. Cahill, Sherry K. Cohen. Related document: 18 Amended Complaint, filed by Christine C. Anderson.(Adlerstein, Lee) (Entered: 02/21/2008) |
| 02/21/2008 | 30 | ANSWER to Amended Complaint with JURY DEMAND. Document filed by David Spokony, The State of New York, The Office of Court Administration of Unified Court System, Thomas J. Cahill, Sherry K. Cohen. Related document: 18 Amended Complaint, filed by Christine C. Anderson.(Adlerstein, Lee) (Entered: 02/21/2008) |
| 02/25/2008 | 31 | ORDER, that the time both parties have to respond to requests for the production of documents be extended to 3/6/08, with the production of documents extended to 3/20/08. (Signed by Judge Shira A. Scheindlin on 2/25/08) (cd). (Entered: 02/26/2008) |
| 03/13/2008 | 32 | NOTICE OF CHANGE OF ADDRESS by Wesley Eugene Bauman on behalf of Defendants. (pl) (Entered: 03/17/2008) |
| 03/17/2008 | 33 | ORDER AUTHORIZING FILE PRODUCTION that defendants be and are authorized to produce to plaintiff in this litigation file material requested by plaintiff concerning investigation by DDC of attorneys with names having the following initials: DN, LM, RH, PM, JG, JS, MS, and the file on the complainant with the name commencing with the letters, McI, and as further set forth in this document. (Signed by Judge Shira A. Scheindlin on 3/17/08) (cd) (Entered: 03/18/2008) |
| 04/29/2008 | 34 | REVISED SCHEDULING ORDER: Deposition due by 10/10/2008. Discovery due by 10/10/2008. Final Pretrial Conference set for 10/17/2008 at 04:30 PM before Judge Shira A. Scheindlin. Pretrial Order due by 11/27/2008. First Requests for the production of documents shall be served by 2/12/08. Fact discovery shall be completed by 8/11/08. Plaintiff shall supply her pretrial order matters to defendants by 10/28/08. The case will be tried to a jury. The parties anticipate a trial of approximately seven days, excluding jury selection. (Signed by Judge Shira A. Scheindlin on 4/28/08) (dle) (Entered: 04/29/2008) |
| 05/07/2008 | 35 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for Specific non-Dispositive Motion/Dispute, motion for disclosure of attorney disciplinary records. Referred to Magistrate Judge Douglas F. Eaton. (Signed by Judge Shira A. Scheindlin on 5/7/2008) (mme) (Entered: 05/07/2008) |
| 05/09/2008 | | CASE NO LONGER REFERRED to Magistrate Judge Douglas F. Eaton. I hereby close the above Order of Reference for magistrate judge statistical purposes. This case remains open. Reason: This will confirm my May 8 conversation with Judge Scheindlin's law clerk and my May 8 voice mail to Ms. Guranich. I am a friend of one of the parties, and I hereby recuse myself. As soon as Ms. Guranich notifies me about the replacement Magistrate Judge, I will forward copies of the letters supplied to me by Judge Scheindlin's law clerk.(ae) Modified on 5/29/2008 (ae). (Entered: 05/29/2008) |
| 05/12/2008 | 36 | NOTICE OF REASSIGNMENT OF A REFERRAL TO ANOTHER MAGISTRATE JUDGE. The referral in the above entitled action has been reassigned to Magistrate Judge Andrew J. Peck, Magistrate Judge Douglas F. Eaton no longer referred to the case. (rdz) (Entered: 05/13/2008) |
| 05/12/2008 | | ***DELETED DOCUMENT. Deleted document number 47 amended complaint. The document was incorrectly filed in this case. (dle) (Entered: 06/25/2008) |
| 05/13/2008 | 37 | ORDER SCHEDULING DISCOVERY CONFERENCE, a status conference is scheduled for Thursday, May 15, 2008 at 3:30 p.m. before the undersigned in courtroom 20D (500 Pearl Street). (Signed by Magistrate Judge Andrew J. Peck on 5/13/08) (mme) (Entered: 05/13/2008) |
| 05/15/2008 | | MEMORANDUM TO THE DOCKET CLERK: Discovery conference held 5/15/08. Motion of "LM" and "PM" that their disciplinary files not be turned over is GRANTED. Plaintiffs could apply to the First Department pursuant to Judiciary Law 90(10). Confid. Stip. & Order here is too loose. Plaintiff rec'd 6 of 8 files she requested, which should be enough to prove her case. Plaintiff's reading of 90(10) is rejected. See Transcript for balance of Court's opinion. (jmi) (Entered: 05/20/2008) |
| 05/15/2008 | | CASE NO LONGER REFERRED to Magistrate Judge Andrew J. Peck. I have closed the above reference for magistrate judge statistical purposes. Reason: Discovery Issue Resolved - Return to D.J. (ae) (Entered: 05/21/2008) |
| 05/28/2008 | 38 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for Discovery disputes and deposition scheduling disputes. Referred to Magistrate Judge Andrew J. Peck. (Signed by Judge Shira A. Scheindlin on 5/27/08) (cd) (Entered: 05/28/2008) |
| 05/29/2008 | 39 | ORDER SCHEDULING DISCOVERY CONFERENCE ( Discovery Hearing set for 6/3/2008 at 04:00 PM in Courtroom 20D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Andrew J. Peck.) Counsel are advised that chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers hereafter filed with the court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which was previously provided. (Signed by Magistrate Judge Andrew J. Peck on 5/29/08) Copies Mailed By Chambers.(mme) (Entered: 05/29/2008) |
| 05/30/2008 | | ***DELETED DOCUMENT. Deleted document number 40 Order to Extend Order of Dismissal. The document was incorrectly filed in this case. (kkc) (Entered: 06/02/2008) |

| Date | # | Description |
|---|---|---|
| 05/30/2008 | 40 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement). Referred to Magistrate Judge Andrew J. Peck. (Signed by Judge Shira A. Scheindlin on 5/28/2008) (kkc) (Entered: 06/02/2008) |
| 06/01/2008 | 45 | LETTER addressed to Clerk of the Court from Tembani S. Xaba dated 5/30/08 re: Plaintiff files this letter-brief objecting to a ruling by Magistrate Judge Peck, stated on the record on 5/15/08. Document filed by Christine C. Anderson.(pl) (Entered: 06/05/2008) |
| 06/03/2008 | 41 | ENDORSED LETTER addressed to Magistrate Judge Andrew J. Peck from Tembani Xaba dated 6/2/08 re: Request for an adjournment of the discovery conference scheduled for tomorrow, 6/3/08 at 4:00 pm. ENDORSEMENT: Since the conf. was to deal with plaintiff's discovery application, the adjournment is GRANTED despite the late request. However, plaintiff is warned that the 8/11 fact cutoff will not be extended! Plaintiff should seek a new conf. date when she is ready. (Signed by Magistrate Judge Andrew J. Peck on 6/3/08) Copies sent by chambers.(cd) (Entered: 06/03/2008) |
| 06/03/2008 | 42 | ORDER: On May 15, 2008, Judge Peck granted the motion of certain non-parties to prevent disclosures of those records. By letter dated May 30, 2008, plaintiff requested that the Court reject Magistrate Judge Peck's ruling. Pursuant to section 636(b)(1)(A) of title 28 of the United States Code, a district court judge may reconsider a pretrial matter decided by a magistrate judge if the magistrate judge's order is "clearly erroneous or contrary to law". I have review Judge Peck's ruling and find that it is well-reasoned, equitable, and based on a natural construction of the relevant law. I therefore decline to reconsider Judge Peck's decision. (Signed by Judge Shira A. Scheindlin on 6/2/2008) (jfe) (Entered: 06/03/2008) |
| 06/04/2008 | 43 | ENDORSED LETTER addressed to Magistrate Judge Andrew J. Peck from Wesley E. Bauman dated 6/3/2008 re: Requesting that the conference be put back on the calendar or that a very short deadline be set for the entry of new counsel, or that an extension of the discovery deadline be considered. ENDORSEMENT: The conference is re-scheduled for 6/12/2008 at 9:30 a.m. in Court 20D. Plaintiff's new counsel shall attend if fully up to speed and/or Ms. Xaba must attend. The Court can defer plaintiffs issues but needs to address defendant's issues. (Signed by Magistrate Judge Andrew J. Peck on 6/3/2008) Copies Mailed By Chambers.(jpo) (Entered: 06/04/2008) |
| 06/04/2008 | 44 | TRANSCRIPT of proceedings held on 5/15/2008 before Magistrate Judge Andrew J. Peck. (ama) (Entered: 06/04/2008) |
| 06/11/2008 | 46 | NOTICE OF APPEARANCE by John A. Beranbaum on behalf of Christine C. Anderson (Beranbaum, John) (Entered: 06/11/2008) |
| 06/12/2008 |  | Minute Entry for proceedings held before Magistrate Judge Andrew J. Peck: Status Conference held on 6/12/2008. Expert damages report 8/11; plaintiff, 8/28, 9/12 pltff, rebuttal., Status conf. before Judge Peck scheduled for 6/24 at 2:30 p.m. (djc) (Entered: 06/17/2008) |
| 06/19/2008 | 48 | ORDER: For the reasons stated herein, plaintiffs motion for reconsideration is denied. (Signed by Judge Shira A. Scheindlin on 6/18/2008) (jpo) (Entered: 06/19/2008) |
| 06/23/2008 |  | Set Deadlines/Hearings: Status Conference set for 7/23/2008 at 10:00 AM before Magistrate Judge Andrew J. Peck. (cd) (Entered: 06/27/2008) |
| 06/24/2008 | 49 | ORDER: That the 47 Amended Complaint was not filed by plaintiff Anderson and is erroneously filed in this case. The operative complaint is the 18 2nd Amended Complaint. The Clerk of the Court is directed to delete the 47 and delete all plaintiffs except Ms. Anderson and all defendants except those named in the 18 2nd Amended Complaint. (Signed by Magistrate Judge Andrew J. Peck on 6/24/08) Copies Faxed by Chambers.(db) (Entered: 06/24/2008) |
| 06/24/2008 |  | Minute Entry for proceedings held before Magistrate Judge Andrew J. Peck: Status Conference held on 6/24/2008; status conf. before Judge Peck scheduled for 7/23 at 10 am. (cd) (Entered: 06/27/2008) |
| 07/07/2008 | 50 | TRANSCRIPT of proceedings held on 6/12/08 before Magistrate Judge Andrew J. Peck. (ama) (Entered: 07/07/2008) |
| 07/08/2008 | 51 | TRANSCRIPT of proceedings held on 6/12/08 before Magistrate Judge Andrew J. Peck. (ama) (Entered: 07/08/2008) |
| 07/08/2008 | 52 | TRANSCRIPT of proceedings held on 6/24/08 before Magistrate Judge Andrew J. Peck. (ama) (Entered: 07/08/2008) |
| 07/16/2008 | 53 | ENDORSED LETTER addressed to Magistrate Judge Andrew J. Peck from John A. Beranbaum dated 7/8/2008 re: Requesting that the discovery deadline be extended from August 11 to September 19, 2008. ENDORSEMENT: Extension of fact discovery cutoff to 9/19/2008 is APPROVED. All other deadlines (inc. re experts) remain unchanged. Further extensions are unlikely. (Signed by Magistrate Judge Andrew J. Peck on 7/16/2008) Copies Mailed By Chambers.(jpo) (Entered: 07/16/2008) |
| 07/17/2008 | 54 | ORDER: Plaintiffs counsel is to bring copies of the Van Lew and Wilson affidavit to the July 23, 2008 conference for possible in camera review by the Court. (Signed by Magistrate Judge Andrew J. Peck on 7/17/2008) Copies Mailed By Chambers.(jpo) (Entered: 07/17/2008) |
| 07/23/2008 |  | MEMORANDUM TO THE DOCKET CLERK: Status conference held 7/23/08. Next status conference to be held before Judge Peck on 9/4 at 9:30 AM. (jmi) (Entered: 08/01/2008) |
| 08/05/2008 | 55 | TRANSCRIPT of proceedings held on 7/23/08 before Magistrate Judge Andrew J. Peck. (ama) (Entered: 08/05/2008) |
| 09/16/2008 | 56 | ENDORSED LETTER addressed to Magistrate Judge Andrew J. Peck from John A. Bernabaum dated 9/16/2008 re: Counsel for Plaintiff writes requesting leave of the Court to extend the discovery deadline one week. ENDORSEMENT: Approved. All other deadlines remain unchanged. SO ORDERED. (Signed by Magistrate Judge Andrew J. Peck on 9/16/2008) (tve) (Entered: 09/16/2008) |

| Date | # | Description |
|---|---|---|
| 10/01/2008 | 57 | TRANSCRIPT of proceedings held on September 4, 2008 9:35 a.m. before Magistrate Judge Andrew J. Peck. (mro) (Entered: 10/01/2008) |
| 10/03/2008 | | CASE NO LONGER REFERRED to Magistrate Judge Andrew J. Peck. MEMORANDUM: I have closed the above reference for magistrate judge statistical purposes. Reason: Discovery Closed (Summary Judgment Motion due 10/30/08). (tro) (Entered: 10/08/2008) |
| 10/03/2008 | | Set Deadlines/Hearings: Motions due by 10/30/2008. (tro) (Entered: 10/08/2008) |
| 10/10/2008 | 58 | ENDORSED LETTER addressed to Judge Shira A. Sheindlin from Lee Alan Adlerstein dated 10/3/08 re: Counsel requests that the court set a schedule for a summary judgment motion on their part. ENDORSEMENT: A pre-motion conference has been set for October 30, 2008, at 3:00 pm, at which time a briefing schedule for defendants motion for summary judgment will be entered. Judge Pecks previous order directing defendants to file their motion for summary judgment by Oct. 30, 2008 is hereby superseded. Plaintiff is directed to respond to this letter by Oct. 24, 2008., ( Pre-Motion Conference set for 10/30/2008 at 03:00 PM before Judge Shira A. Scheindlin.) (Signed by Judge Shira A. Scheindlin on 10/9/08) (mme) (Entered: 10/10/2008) |
| 12/05/2008 | 59 | ORDER FOR SETTLEMENT CONFERENCE that a settlement conference is scheduled for 12/19/08 at 2:00 pm. ( Settlement Conference set for 12/19/2008 at 02:00 PM in Courtroom 20D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Andrew J. Peck.) (Signed by Magistrate Judge Andrew J. Peck on 12/5/08) Copies sent by chambers.(cd) (Entered: 12/08/2008) |
| 12/08/2008 | 61 | TRANSCRIPT of proceedings held on 10/30/08 before Judge Shira A. Scheindlin. (cd) (Entered: 12/11/2008) |
| 12/11/2008 | 60 | ENDORSED LETTER addressed to Magistrate Judge Andrew J. Peck from Jennifer Smith dated 12/9/08 re: Counsel requests that the Court extend the parties deadline to submit their respective position statement from Friday, December 12, 2008 to Monday, December 15, 2008. ENDORSEMENT: Approved. (Signed by Magistrate Judge Andrew J. Peck on 12/11/08) (mme) Modified on 1/17/2009 (mme). (Entered: 12/11/2008) |
| 12/15/2008 | | Minute Entry for proceedings held before Magistrate Judge Andrew J. Peck: Telephone Settlement Conference held on 12/15/2008. Based on parties' settlement memos, there is no point in having the settlement conference-case is not able to be settled. (mro) (Entered: 12/17/2008) |
| 12/16/2008 | | CASE NO LONGER REFERRED to Magistrate Judge Andrew J. Peck. I have closed the above reference for magistrate judge statistical purposes. Reason: Did Not Settle. (ae) (Entered: 12/30/2008) |
| 01/05/2009 | 62 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for Settlement*. Referred to Magistrate Judge Andrew J. Peck. (Signed by Judge Shira A. Scheindlin on 12/3/2008) (jfe) (Entered: 01/05/2009) |
| 01/07/2009 | 63 | MOTION for Summary Judgment. Document filed by David Spokony, The State of New York, The Office of Court Administration of Unified Court System, Thomas J. Cahill, Sherry K. Cohen.(Adlerstein, Lee) (Entered: 01/07/2009) |
| 01/07/2009 | 64 | DECLARATION of AAG Wesley Bauman in Support re: 63 MOTION for Summary Judgment.. Document filed by David Spokony, The State of New York, The Office of Court Administration of Unified Court System, Thomas J. Cahill, Sherry K. Cohen. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Adlerstein, Lee) (Entered: 01/07/2009) |
| 01/07/2009 | 65 | DECLARATION of David Spokony in Support re: 63 MOTION for Summary Judgment.. Document filed by David Spokony, The State of New York, The Office of Court Administration of Unified Court System, Thomas J. Cahill, Sherry K. Cohen. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Adlerstein, Lee) (Entered: 01/07/2009) |
| 01/07/2009 | 66 | DECLARATION of Sherry K. Cohen in Opposition re: 63 MOTION for Summary Judgment.. Document filed by David Spokony, The State of New York, The Office of Court Administration of Unified Court System, Thomas J. Cahill, Sherry K. Cohen. (Adlerstein, Lee) (Entered: 01/07/2009) |
| 01/07/2009 | 67 | DECLARATION of Justice Jonathan Lippman in Support re: 63 MOTION for Summary Judgment.. Document filed by David Spokony, The State of New York, The Office of Court Administration of Unified Court System, Thomas J. Cahill, Sherry K. Cohen. (Adlerstein, Lee) (Entered: 01/07/2009) |
| 01/07/2009 | 68 | RULE 56.1 STATEMENT. Document filed by David Spokony, The State of New York, The Office of Court Administration of Unified Court System, Thomas J. Cahill, Sherry K. Cohen. (Adlerstein, Lee) (Entered: 01/07/2009) |
| 01/07/2009 | 69 | DECLARATION of Thomas Cahill in Support re: 63 MOTION for Summary Judgment.. Document filed by David Spokony, The State of New York, The Office of Court Administration of Unified Court System, Thomas J. Cahill, Sherry K. Cohen. (Adlerstein, Lee) (Entered: 01/07/2009) |
| 01/07/2009 | 70 | MEMORANDUM OF LAW in Support re: 63 MOTION for Summary Judgment.. Document filed by David Spokony, The State of New York, The Office of Court Administration of Unified Court System, Thomas J. Cahill, Sherry K. Cohen. (Adlerstein, Lee) (Entered: 01/07/2009) |
| 01/15/2009 | 71 | ENDORSED LETTER addressed to Judge Shira A. Scheindlin from Wesley E. Bauman dated 1/5/2009 re: Counsel writes to make 2 requests: that defendant be permitted to redact specific case name references in exhibits filed with defendant's summary judgment motion; and (2) defendants be permitted to exceed the 15 page limitation for 3 exhibits. Counsel for plaintiff has no objection to both requests but has indicated consent on the 2nd request conditioned on a page extension for plaintiff. ENDORSEMENT: Defendants' requests are hereby granted. A page extension for plaintiff will be considered if |

| | | |
|---|---|---|
| | | and when plaintiff makes such request and states the reasons for such request. SO ORDERED. (Signed by Judge Shira A. Scheindlin on 1/15/2009) (tve) Modified on 2/27/2009 (tve). (Entered: 01/16/2009) |
| 02/04/2009 | 72 | ENDORSED LETTER addressed to Judge Shira A. Scheindlin from John A. Beranbaum dated 2/3/2009 re: Counsel for Plaintiff writes to request leave to file an opposition brief of 30 pages, five pages longer than the limit set forth in the Court's Individual Practice Rules. ENDORSEMENT: Plaintiff's request is hereby granted. Plaintiff's opposition papers shall not exceed 30 pages. Defendants' reply papers may not exceed 15 pages. (Signed by Judge Shira A. Scheindlin on 2/3/2009) (tve) Modified on 3/19/2009 (tve). (Entered: 02/04/2009) |
| 02/04/2009 | 73 | FILING ERROR - DEFICIENT DOCKET ENTRY - MEMORANDUM OF LAW in Opposition re: 63 MOTION for Summary Judgment.. Document filed by Christine C. Anderson. (Beranbaum, John) Modified on 2/5/2009 (jar). (Entered: 02/04/2009) |
| 02/04/2009 | 74 | FILING ERROR - DEFICIENT DOCKET ENTRY - MEMORANDUM OF LAW in Opposition re: 63 MOTION for Summary Judgment.. Document filed by Christine C. Anderson. (Beranbaum, John) Modified on 2/5/2009 (jar). (Entered: 02/04/2009) |
| 02/04/2009 | 75 | FILING ERROR - DEFICIENT DOCKET ENTRY - AFFIDAVIT of John A. Beranbaum in Opposition re: 63 MOTION for Summary Judgment.. Document filed by Christine C. Anderson. (Beranbaum, John) Modified on 2/5/2009 (jar). (Entered: 02/04/2009) |
| 02/04/2009 | 76 | FILING ERROR - DEFICIENT DOCKET ENTRY - AFFIDAVIT of John A. Beranbaum in Opposition re: 63 MOTION for Summary Judgment.. Document filed by Christine C. Anderson. (Beranbaum, John) Modified on 2/5/2009 (jar). (Entered: 02/04/2009) |
| 02/04/2009 | 77 | FILING ERROR - DEFICIENT DOCKET ENTRY - AFFIDAVIT of John A. Beranbaum in Opposition re: 63 MOTION for Summary Judgment.. Document filed by Christine C. Anderson. (Beranbaum, John) Modified on 2/5/2009 (jar). (Entered: 02/04/2009) |
| 02/04/2009 | 78 | FILING ERROR - DEFICIENT DOCKET ENTRY - RULE 56.1 STATEMENT. Document filed by Christine C. Anderson. (Beranbaum, John) Modified on 2/5/2009 (jar). (Entered: 02/04/2009) |
| 02/04/2009 | 79 | FILING ERROR - DEFICIENT DOCKET ENTRY - AFFIDAVIT of John A. Beranbaum in Opposition re: 63 MOTION for Summary Judgment. Document filed by Christine C. Anderson. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit)(Beranbaum, John) Modified on 2/5/2009 (jar). (Entered: 02/05/2009) |
| 02/05/2009 | 80 | FILING ERROR - DEFICIENT DOCKET ENTRY - AFFIDAVIT of John A. Beranbaum in Opposition re: 63 MOTION for Summary Judgment.. Document filed by Christine C. Anderson. (Beranbaum, John) Modified on 2/5/2009 (jar). (Entered: 02/05/2009) |
| 02/05/2009 | 81 | FILING ERROR - DEFICIENT DOCKET ENTRY - MEMORANDUM OF LAW in Opposition re: 63 MOTION for Summary Judgment. Document filed by Christine C. Anderson. (Beranbaum, John) Modified on 2/5/2009 (jar). (Entered: 02/05/2009) |
| 02/05/2009 | 82 | AFFIDAVIT of John A. Beranbaum in Opposition re: 63 MOTION for Summary Judgment.. Document filed by Christine C. Anderson. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit, # 21 Exhibit)(Beranbaum, John) (Entered: 02/05/2009) |
| 02/05/2009 | 83 | COUNTER STATEMENT TO Document filed by Christine C. Anderson. (Beranbaum, John) (Entered: 02/05/2009) |
| 02/05/2009 | 84 | MEMORANDUM OF LAW in Opposition re: 63 MOTION for Summary Judgment.. Document filed by Christine C. Anderson. (Beranbaum, John) (Entered: 02/05/2009) |
| 02/25/2009 | 85 | DECLARATION of AAG Wesley E. Bauman in Support re: 63 MOTION for Summary Judgment.. Document filed by David Spokony, The State of New York, The Office of Court Administration of Unified Court System, Thomas J. Cahill, Sherry K. Cohen. (Attachments: [Exhibit #1 removed pursuant to Order doc. #87 - Redacted document attached as #4] # 2 Exhibit B, # 3 Exhibit C)(Adlerstein, Lee) (Additional attachment(s) added on 3/5/2009: # 4 Exhibit A) (ae). (Entered: 02/25/2009) |
| 02/25/2009 | 86 | REPLY MEMORANDUM OF LAW in Support re: 63 MOTION for Summary Judgment.. Document filed by David Spokony, The State of New York, The Office of Court Administration of Unified Court System, Thomas J. Cahill, Sherry K. Cohen. (Adlerstein, Lee) (Entered: 02/25/2009) |
| 02/25/2009 | 87 | ORDER that the Clerk of the Court replace Exhibit A to defendants' Supplemental Declaration of Counsel, filed via ECF on 2/25/09, with the redacted version of Exhibit A, attached hereto. (Signed by Judge Shira A. Scheindlin on 2/25/09) (cd) (Entered: 02/26/2009) |
| 04/27/2009 | 88 | OPINION & ORDER re:# 97457 63 MOTION for Summary Judgment filed by The State of New York, Sherry K. Cohen, The Office of Court Administration of Unified Court System, Thomas J. Cahill, David Spokony. For the reasons set forth herein, plaintiff's discrimination claims are dismissed, as is her breach of contract claim. Plaintiff's First Amendment retaliation claim remains. The Clerk of the Court is directed to close defendants' motion for summary judgment (Document #63). A status conference is scheduled for 5/8/09, at 5:30 p.m., in Courtroom 15C. (Signed by Judge Shira A. Scheindlin on 4/27/09) (tro) Modified on 4/30/2009 (jab). (Entered: 04/28/2009) |

| Date | # | Description |
|---|---|---|
| 04/27/2009 | | Set Deadlines/Hearings: Status Conference set for 5/8/2009 at 05:30 PM in Courtroom 15C, 500 Pearl Street, New York, NY 10007 before Judge Shira A. Scheindlin. (tro) (Entered: 04/28/2009) |
| 06/23/2009 | 89 | ENDORSED LETTER addressed to Judge Shira A. Scheindlin from John A. Beranbaum dated 6/17/2009 re: Counsel with the consent of the parties request that the trial be put over until November 2009. ENDORSEMENT: Request denied. The case was scheduled for the August 17 trial date at a conference held on May 8, 2009. The case will proceed to trial on August 17 as scheduled, subject only so this Courts trial calendar. So Ordered. (Signed by Judge Shira A. Scheindlin on 6/23/2009) (jfe) (Entered: 06/23/2009) |
| 06/30/2009 | 90 | NOTICE OF CASE REASSIGNMENT to Judge Donald C. Pogue. Judge Shira A. Scheindlin is no longer assigned to the case. (ldi) (Entered: 06/30/2009) |
| 06/30/2009 | 91 | NOTICE OF CASE REASSIGNMENT to Judge Shira A. Scheindlin. Judge Donald C. Pogue is no longer assigned to the case.**Corrects A Clerical Error. (ldi) (Entered: 06/30/2009) |
| 07/13/2009 | 92 | PROPOSED JURY INSTRUCTIONS. Document filed by David Spokony, The State of New York, The Office of Court Administration of Unified Court System, Thomas J. Cahill, Sherry K. Cohen.(Bauman, Wesley) (Entered: 07/13/2009) |
| 07/13/2009 | 94 | PROPOSED VOIR DIRE QUESTIONS. Document filed by David Spokony, The State of New York, The Office of Court Administration of Unified Court System, Thomas J. Cahill, Sherry K. Cohen.(Bauman, Wesley) (Entered: 07/13/2009) |
| 07/13/2009 | 95 | PROPOSED JURY INSTRUCTIONS. Document filed by Christine C. Anderson.(Beranbaum, John) (Entered: 07/13/2009) |
| 07/13/2009 | 96 | PROPOSED VOIR DIRE QUESTIONS. Document filed by Christine C. Anderson.(Beranbaum, John) (Entered: 07/13/2009) |
| 07/13/2009 | 97 | PROPOSED JURY INSTRUCTIONS. Document filed by Christine C. Anderson.(Beranbaum, John) (Entered: 07/13/2009) |
| 07/14/2009 | 98 | SEALING ORDER ON CONSENT, that a portion of Point II of defendants memorandum of law shall be filed under seal, so that the publicly filed portion of Point II shall duplicate exhibit "A" to this order and it is further ORDERED that appendices "A" and "B" referenced previously in this Order shall be filed under seal; and it is further ORDERED that the Clerk of the Court shall. assist in implementing the terms of this Order. (Signed by Judge Shira A. Scheindlin on 7/14/09) (pl) (Entered: 07/14/2009) |
| 07/14/2009 | | Transmission to Sealed Records Clerk. Transmitted re: 98 Consent Order,,, to the Sealed Records Clerk for the sealing or unsealing of document or case. (pl) (Entered: 07/14/2009) |
| 07/14/2009 | 99 | ENDORSED LETTER addressed to Judge Shira A. Scheindlin from John A Beranbaum dated 7/14/09 re: counsel for plaintiff's writes to the Court regarding defendants filing of a seven-part Motion in Limine. With the consent of counsel, I request that plaintiff has until July 21, 2009 to respond to the motion. ENDORSEMENT: Request Granted. Plaintiff may have until 7/21/09 to respond to the defendants' motions in limine. No further extensions will be granted. So Ordered. (Signed by Judge Shira A. Scheindlin on 7/14/09) (pl) (Entered: 07/14/2009) |
| 07/14/2009 | 100 | FILING ERROR - WRONG EVENT TYPE SELECTED FROM MENU (Memorandum of Law) - MOTION in Limine *as Amended Based on Sealing Order*. Document filed by David Spokony, Thomas J. Cahill, Sherry K. Cohen. (Attachments: # 1 Appendix C)(Adlerstein, Lee) Modified on 7/15/2009 (jar). (Entered: 07/14/2009) |
| 07/14/2009 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - EVENT TYPE ERROR. Note to Attorney Lee Adlestein to RE-FILE Document 100 MOTION in Limine *as Amended Based on Sealing Order*. Use the event type Memorandum of Law in Support found under the event list Replies, Oppositions, Supporting Documents. NOTE: A memorandum of law CANNOT be filed using the event Motion. DO NOT link Memorandum to document #100, this is a filing error. (jar) (Entered: 07/15/2009) |
| 07/15/2009 | 101 | SEALED DOCUMENT placed in vault.(jri) (Entered: 07/15/2009) |
| 07/15/2009 | 102 | MOTION in Limine. Document filed by David Spokony, Thomas J. Cahill, Sherry K. Cohen.(Adlerstein, Lee) (Entered: 07/15/2009) |
| 07/15/2009 | 103 | MEMORANDUM OF LAW in Support re: 102 MOTION in Limine. *as Amended Based on Sealing Order*. Document filed by David Spokony. (Attachments: # 1 Appendix C)(Adlerstein, Lee) (Entered: 07/15/2009) |
| 07/15/2009 | 104 | JOINT PRETRIAL ORDER filed. (Signed by Judge Shira A. Scheindlin on 7/15/09) (pl) (Entered: 07/15/2009) |
| 07/16/2009 | 105 | PROPOSED JURY INSTRUCTIONS. Document filed by David Spokony, Christine C. Anderson, Thomas J. Cahill, Sherry K. Cohen.(Bauman, Wesley) (Entered: 07/16/2009) |
| 07/16/2009 | 106 | PROPOSED VOIR DIRE QUESTIONS. Document filed by David Spokony, Christine C. Anderson, Thomas J. Cahill, Sherry K. Cohen.(Bauman, Wesley) (Entered: 07/16/2009) |
| 07/21/2009 | 107 | MEMORANDUM OF LAW in Opposition re: 102 MOTION in Limine.. Document filed by Christine C. Anderson. (Beranbaum, John) (Entered: 07/21/2009) |
| 07/21/2009 | 108 | AFFIDAVIT of John A. Beranbaum in Opposition re: 102 MOTION in Limine.. Document filed by Christine C. Anderson. (Beranbaum, John) (Entered: 07/21/2009) |
| 07/21/2009 | 109 | SEALED DOCUMENT placed in vault.(jri) (Entered: 07/21/2009) |
| 07/23/2009 | 110 | REPLY MEMORANDUM OF LAW in Support re: 102 MOTION in Limine.. Document filed by David Spokony, Thomas J. Cahill, Sherry K. Cohen. (Adlerstein, Lee) (Entered: 07/23/2009) |

| Date | Doc # | Description |
|---|---|---|
| 07/24/2009 | 111 | ENDORSED LETTER addressed to Judge Shira A. Scheindlin from Lee A. Adlerstein dated 7/23/2009 re: Defendants request that Your Honor memo endorse and ECF this letter to provide that defendants may file the appendix under seal. ENDORSEMENT: Defendants' request is granted and the appendix may be filed under seal. So Ordered. (Signed by Judge Shira A. Scheindlin on 7/24/2009) (jfe) (Entered: 07/25/2009) |
| 07/28/2009 | 112 | SEALED DOCUMENT placed in vault.(jri) (Entered: 07/29/2009) |
| 10/13/2009 | | Minute Entry for proceedings held before Judge Shira A. Scheindlin: Jury Trial begun on 10/13/2009. (mro) (Entered: 10/30/2009) |
| 10/14/2009 | 113 | ORDER granting 102 Motion in Limine. On July 15, 2009, individual defendants David Spokony, Thomas J. Cahill, and Sherry K. Cohen filed a Notice of Defendants' Motions in Limine, in anticipation of the trial which was originally scheduled to begin on August 17, 2009. Because of other trial commitments, the trial in this case was adjourned to October 19, 2009. At a pre-trial conference held on October 8, 2009, this Court decided defendants' motions in limine on the record. Accordingly, the Clerk of the Court is directed to close defendants' motions in limine (Document # 102). (Signed by Judge Shira A. Scheindlin on 10/14/09) (tro) (Entered: 10/15/2009) |
| 10/16/2009 | 114 | TRANSCRIPT of proceedings held on 10/8/09 before Judge Shira A. Scheindlin. (ldi) (Entered: 10/19/2009) |
| 10/19/2009 | 115 | NOTICE OF APPEARANCE by Jonathan Lovett on behalf of Christine C. Anderson (Lovett, Jonathan) (Entered: 10/19/2009) |
| 10/20/2009 | | Minute Entry for proceedings held before Judge Shira A. Scheindlin: Jury Trial held on 10/20/2009. (mro) (Entered: 10/30/2009) |
| 10/21/2009 | | Minute Entry for proceedings held before Judge Shira A. Scheindlin: Jury Trial held on 10/21/2009. (mro) (Entered: 10/30/2009) |
| 10/22/2009 | | Minute Entry for proceedings held before Judge Shira A. Scheindlin: Jury Trial held on 10/22/2009. (mro) (Entered: 10/30/2009) |
| 10/23/2009 | | Minute Entry for proceedings held before Judge Shira A. Scheindlin: Jury Trial held on 10/23/2009. (mro) (Entered: 10/30/2009) |
| 10/26/2009 | 116 | MOTION for Judgment as a Matter of Law. Document filed by David Spokony, Thomas J. Cahill, Sherry K. Cohen. (Adlerstein, Lee) (Entered: 10/26/2009) |
| 10/26/2009 | 117 | MEMORANDUM OF LAW in Support re: 116 MOTION for Judgment as a Matter of Law.. Document filed by David Spokony, Thomas J. Cahill, Sherry K. Cohen. (Adlerstein, Lee) (Entered: 10/26/2009) |
| 10/28/2009 | 118 | COUNTER MEMORANDUM OF LAW in Opposition re: 116 MOTION for Judgment as a Matter of Law. *JONATHAN LOVETT, ESQ.*. Document filed by Christine C. Anderson. (Lovett, Jonathan) (Entered: 10/28/2009) |
| 10/28/2009 | 119 | TRANSCRIPT of proceedings held on 10/13/09 before Judge Shira A. Scheindlin. (ldi) (Entered: 10/30/2009) |
| 10/29/2009 | | Minute Entry for proceedings held before Judge Shira A. Scheindlin: Jury Trial completed on 10/29/2009. (mro) (Entered: 10/30/2009) |
| 10/30/2009 | 120 | JUDGMENT that the complaint be and it is hereby dismissed. (Signed by Judge Shira A. Scheindlin on 10/30/09) (Attachments: # 1 notice of right to appeal)(ml) (Entered: 10/31/2009) |
| 11/16/2009 | | ***STRICKEN DOCUMENT. Deleted document number 121 from the case record. The document was stricken from this case pursuant to 123 Order on Motion for New Trial. (dle) Modified on 12/4/2009 (dle). (Entered: 11/25/2009) |
| 11/23/2009 | 122 | TRANSCRIPT of proceedings held on October 20, 21, 22, 23, 29, 2009 before Judge Shira A. Scheindlin. (eef) (Entered: 11/24/2009) |
| 11/25/2009 | 123 | ORDER that plaintiff's pro se motion and affirmation are hereby rejected. The motion and affirmation are stricken as improperly before the Court. (Signed by Judge Shira A. Scheindlin on 11/25/09) (dle) (Entered: 11/25/2009) |
| 11/25/2009 | 124 | NOTICE OF APPEAL from 120 Judgment. Document filed by Christine C. Anderson. Filing fee $ 455.00, receipt number E 707424. Copies of Notice of Appeal mailed to attorney(s) of record: Office of New York State Attorney General. (nd) (Entered: 12/04/2009) |
| 12/04/2009 | | Transmission of Notice of Appeal to the District Judge re: 124 Notice of Appeal. (nd) (Entered: 12/04/2009) |
| 12/04/2009 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 124 Notice of Appeal. (nd) (Entered: 12/04/2009) |